Marco Duncan
No. 37679-048
U.S. Penitentiary - Atwater
P. O. Box 019001
Atwater, CA  95301

**FILED**

JUN - 5 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

Marco D. Duncan
     Plaintiff,

V.

Drug Enforcement Administration &
United States Marshal Service

     Defendant's.

)
)
)
)
)
)
)
)
)

Civil Action No._____

COMPLAINT: FREEDOM OF INFORMATION

CASE NUMBER 1:06CV01032

JUDGE: Gladys Kessler

DECK TYPE: FOIA/Privacy Act

DATE STAMP: 06/05/2006

COMPLAINT FOR DECLARATORY AND INJUCTIVE RELIEF

1. This is an action under the Freedom Of Information Act
(FOIA), 5 USC § 552, as amended, and the Privacy Act (PA), 5 USC
§552a., to order the production of agency records previously
requested by the plaintiff pursuant to the above reffererced Acts
and which request have either been ignored or denied by the
defendant agency.

2. This Court has jurisdiction over this action pursuant to
5 USC §552(a) (4) (B) and 5 USC §552a (g) (i) (b); (g) (1) (D);
(g) (3) (A); (g) (4) (A), and (g) (4) (B).

3. Plaintiff, Marco Duncan , is a Federal prisoner in the
United States Penitentiary at Atwater California. Plaintiff
is the requestor of the witheld Public Documents and Records.

4. Defendant's, United States Drug Enforcement
Administration, and United States Marshal Service are
Agency's of the United States and has possession of, and
control over the Public Documents and Records that Plaintiff
seeks.

**RECEIVED**

MAY 2 2 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

-1-

5.) THE FOLLOWING IS A LIST OF THE FACTS RELATED TO
PLANTIFF'S REQUEST FOR RECORDS FROM DEFENDANT'S AGENCIES AND
SUBDIVISIONS

----------------------------------------

***FACTS***

_____

I). On or about the 21 day of June, 2004, Plaintiff mailed a
FOIA/PA request for information to the Drug Enforcement
Administration (DEA), a subdivision of the U.S. Department of
Justice, (DOJ). See., Attachment marked "1,a".

II). On or about the 22 day of July, 2004, the DEA, sent a
customary acknowledgement letter, informing me that my
FOIA/PA request No.04-1519-P was awaiting processing. See.,
Attachment marked "2".

III). On or about the 11th day of August, 2004 Plaintiff
received a portion of the requested records from the DEA,.
See., Attachment marked "3,a".

IV). On or about the 5th day July, 2005, Plaintiff mailed an
FOIA/PA request to the DEA, requesting detailed and specific
materials and records. (Please note: Plaintiff does not
possess this letter of Request in his records.)

V.) On or about the 5th day of July, 2005, Plaintiff mailed a
FOIA/PA request to the United States Marshals Service,(USMS)

requesting detailed and specific materials and records. (Please note: Plaintiff does not possess this letter of request in his records.)

VI.) On or about the 11th day of July, 2005 Plaintiff mailed a second FOIA/PA request to the USMS, requesting very specific materials and records. (Please note: Plaintiff does not possess this letter of request in his records.)

VII.) On or about the 28th day of July, 2005, the DEA, sent a customary acknowledgement letter, informing Plaintiff that his FOIA/PA Request No. 05-1295-P was awaiting processing. See., Attachment marked "4". (Please note: Defendant's response is in reply to plaintiff's request, see, line iv.)

VIII.) On or about the 28th day of July, 2005, the USMS, sent a customary acknowledgement letter, informing that plaintiff's FOIA/PA Request No. 2005 USMS 8601, was being processed. See, Attachment marked "5". (Please note: Defendant's response is in reply to Plaintiff's request, see; line V.)

IX.) On or about the 1st day of August, 2005 the USMS, Sent a customary letter acknowledgement letter informing Plaintiff that the FOIA/PA Request No. 2005 USMS 8588 was being processed, See Attachment marked "6". (Please note: Defendant's response is in reply to Plaintiff's request, see line VI.)

X). On or about the 8th day of September, 2005, plaintiff was informed by the DEA, that no action would be taken in regards to Request No. 05-1295-P. See., Attachment marked "7"

XI). On or about the 17th day of October, 2005, Plaintiff mailed a notice of appeal to the Office of Information and Privacy (OIP) in response to the (non-action taken) in regards to Request No. 05-1295-P. (Please note: Plaintiff does not possess this notice of an appeal in his records.)

XII). On or about the 24th day of October, 2005, Plaintiff received a portion of the requested records from the USMS, for Request No. 2005 USMS-8588. See Attachment marked "8,a"

XIII). On or about the 28th day of October, 2005, the OIP, sent a customary acknowledgement letter, to advise plaintiff that my administrative appeal of Request No. 05-1295-P, was received by their office. See., Attachment marked "9". (Please note: Defendant's response is in reply to Plaintiff's notice of appeal, see., line XI.)

XIV). On or about the 7th day of November, 2005, Plaintiff mailed a notice of appeal to the OIP, in response to the partial denial of the USMS Request No. 2005 USMS-8588. (Please note: Plaintiff does not possess this notice of appeal in his records.)

XV). On or about the 15th day of November, 2005, the DEA, sent a letter to plaintiff informing him, that a request had

been referred to the DEA, by the USMS,. See,. Attachment marked "10".

XVI). On or about the 21st day of November, 2005, the OIP, sent a customary acknowledgment letter to advise Plaintiff that his (Administrative Appeal) to request No. 2005 USMS 8588, was received by their office. See,. Attachment marked "11".
(Please note: Defendant's response is in the reply to Plaintiff's notice of Appeal, See., line XIV.)

XVII). On or about the 15th day of December, 2005, the DEA, sent a letter to plaintiff informing him that a request was referred to the DEA, by the USMS/Office Of The General Counsel (OGC). See,. Attachment marked "12,a."

XVIII). ON or about the 19th day of December, 2005, Plaintiff received a portion of the records from the USMS, in Request No. 2005 USMS, 8601. See,. Attachment marked "13,a".

XIX). On or about the 2nd day of January, 2006, Plaintiff mailed a notice of appeal to the OIP, in response to the partial denial of USMS Request No. 2005 USMS-8601. (Please note: Plaintiff does not possess this notice of appeal in his records.)

XX). On or about the 5th day of January, 2006, the DEA, sent a letter to plaintiff informing him, that his request was referred to the DEA, by the USMS,. See Attachment marked

"14".

XXI). On or about the 11th day of January, 2006, the Executive Office For The United States Attorney, sent a letter to Plaintiff informing him that: materials were referred to them by the USMS. See., Attachment marked "15,a".

XXII). On or about the 17th day of January, 2006, Plaintiff mailed two letters to the OIP's Office. See., Attachment "16,a,b".

XXIII). On or about the 18th day of January, 2006, the OIP, sent a customary acknowledgement letter, to advise plaintiff that: the Administrative appeal to Request No. 2005 USMS-8601 was received by their office. See., Attachment marked "17". Please note: Defendant's response is in reply to plaintiff's notice of appeal, see,. (line XIX).

XXIV). On or about the 7th day of February, 2006, the OIP, mailed Plaintiff a letter informing him of the status of the administrative appeal. See,. Attachment marked "18".

XXV). On or about the 1st day of March, 2006, the DEA, sent a letter to plaintiff informing him that: a records request was referred to the DEA, by the USMS/OGC. See., Attachment marked "19,a".

XXVI). On or about the 8th day of March, 2006, the OIP, sent a letter to Plaintiff informing him that the DEA's, action on

his request No. 05-1295-P was affirmed and that he could seek
judicial review. See., Attachment marked "20,a".

XXVII). On or about the 25th day of April, 2006, the OIP,
sent a letter to Plaintiff informing him that: the USMS's
action on his Request No. 2005- USMS-8588, and 2005-USMS-
8601, had been affirmed, and that I could seek judicial
review. See., Attachment marked "21,a

***CLAIMS***
------------

6.)    The DEA has not claimed any exemptions for
nondisclosure that are identifiable under FOIA, or, the
Privacy Act, as well the USMS, has withheld records and
materials that are not subject to a statutory exemption.

7.)    Plaintiff has a statutory right to the public
documents and records that he seeks, and there exist no legal
basis for the defendants refusal to disclose them to him.
Plaintiff has made a prima facie showing that the DEA, and
the USMS, improperly withheld those agencies public documents
and records.

***RELIEF SOUGHT***
-------------------

8.)    Plaintiff prays that this Court:

1.) Declare defendant's failure to disclose the Private and Public Documents and Records, requested by Plaintiff is unlawfull;

II.) Issue an injunction to prevent the DEA, USMS, and its Subdivisions from relying on their invalid practice of, (a) mis-conducting mandated 'thorough' searches for records responsive to request[s] where they reasonably might be found, and on the other hand claiming that they are unable to locate the responsive, and requested records.

III.) Make a written finding that circumstances surrounding the withholding/and or loss/ or misplacement of said records and documents, raises serious questions as to whether there has been 'misconduct' or 'bad faith' agency actions and, to make a referral of the matter to the Merit Systems Protection Board, for an investigation pursuant to subsection (a)(4)(F);

IV.) Plaintiff, seeks an award of his cost, and reasonable attorney fees in this action;

V).    Expedite a law suit pursuant to 28 USC § 1657(a), and;

VI).    Grant such other and further relief as the Court may deem just and proper.

Signed this 15 , day May 2006

Respectfully submitted

-----------------------

Marco D. Duncan

*Marco Duncan*

I, declare under penalty of perjury that the foregoing is to the best of my knowledge true and correct.

*Marco Duncan*

Marco D. Duncan

# #1

FREEDOM OF INFORMATION/PRIVACY ACT

REQUEST ACT OF 1974

TO:Drug Enforcement Admin.        From:Marco Duncan

USP ATWATER

PO BOX 019001

ATWATER,CA 95301

Pursuant to Title ¶ 5 § 552 and all other relevant sections and parts thereof, I the undersigned, also identified above in the upper right hand section hereby respectfully request the following information in relation to DEA file NO# KV-01-0014 AND [G-DEP Identifier no# XNC3R] File Title: Howard,Albert. Said information is in conjunction with My criminal case NO# 3;02cr20-RV In the Northern District of Florida:

(1) Any and all DEA (6) Forms, inventory list[s], related arrest reports and all information and a list of evidence seized by Special Agents Michael Bakios, Jerry Craig, Justin Dillard, Deputy Marshall David Gump and [GS] Mark Snyder in regards to the arrest of Marco Duncan at the EL Dorado Hotel and Casino at 345 N. Virginia, Reno,NV On 4/21/03.

(2) Any and all information in regards to any video surveillance seized from the EL Dorado Hotel Security by this agency or any agency in conjunction with the Arrest of Marco Duncan on 4/21/03.

As you are aware, Investigation records complied for law enforcement agencies are no longer generally exempted from disclosure, but may be inspected in camera by the United

**06 1032**

**FILED**

JUN - 5 2006

States Court to determine whether they fall within any of the specified accepted categories of investigations records subscribed in the act.

If for any reason it is determined that portions of the materials requested are exempted under some recognizable category under the FOIA/Privacy Act of 1974, Then I request that any such exempted materials be indexed and itemized with a detailed justification for any exclusion made under the Authority of Vaughn v. Rosen, 484 F.2d. 820 (D.C.Cir. 1973) or other similar authorities.

Your Agency has 20 working days to respond to this request. In the event I do not receive your response in the time period prescribed by the rules of the Act. I will deem this formal request denied and seek Judicial review and remedy.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provision of 18 USC section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years, or both, and that requesting or obtaining any record[s] under false pretenses is punishable under the provision of 5 USC 552a(i)(3) by a fine of not more than $5,000.

Signature_____

Date:_____

U.S. Department of Justice

Drug Enforcement Administration

July 22, 2004

Request Number:    04-1519-P

Subject of Request:    DUNCAN, MARCO D.

USP ATWATER
P.O. BOX 019001
ATWATER, CA 95301

DEAR MARCO D. DUNCAN:

　　　The Drug Enforcement Administration (DEA) has received your Freedom of Information/Privacy Act (FOI/PA) request and placed it on a list of requests awaiting processing. In order to expedite all requests that require retrieval, processing and duplication of documents, your request will be handled in chronological order based on the date of this letter.

　　　Your request has been assigned the above number. Please include this number in any future correspondence to this office regarding this request.

　　　This letter confirms your obligation that by filing your request, you have implicitly agreed to pay all applicable fees charged under 28 C.F.R. 16.11, up to $25.00, unless you seek a waiver of fees (28 C.F.R. 16.3 (c)).

　　　Please be assured that your request is being handled as equitably as possible. Upon completion of the processing, you will be notified of all applicable fees, and payment will be required prior to release of any records. If there are not fees associated with the processing of your request, all documents that can be released will be made available to you at the earliest possible date.

Sincerely,

Katherine Myrick

Katherine L. Myrick
Chief, Operations Unit
FOI/Records Management Section

**06 1032
FILED**

JUN - 5 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT



**U.S. Department of Justice**

Drug Enforcement Administration

AUG 1 1 2004

*Washington, D.C. 20537*

Request Number:        04-1519-P

Subject of Request:    DUNCAN, MARCO D.

USP ATWATER
P.O. BOX 019001
ATWATER, CA 95301

DEAR MARCO D. DUNCAN:

    Your Freedom of Information/Privacy Act (FOI/PA) request seeking information from the Drug
Enforcement Administration (DEA) has been processed. The paragraphs checked below apply:

[  ] A determination has been made to deny your request pursuant to subsections of the Privacy Act and/or
    Freedom of Information Act referenced at the end of this letter. The exemption number(s) indicated by a
    mark appearing in the block to the left of the subsection cited constitutes the authority for withholding the
    deleted material. An attachment to this letter explains these exemptions in more detail.

[ X ] The processing of your request identified certain materials that will be released to you. Portions not
    released are being withheld pursuant to the Freedom of Information Act, 5 U.S.C. 552, and/or the Privacy
    Act, 5 U.S.C. 552a. Please refer to the list enclosed with this letter that identifies the authority for
    withholding the deleted material, which is indicated by a mark appearing in the block next to the exemption.
    An additional enclosure with this letter explains these exemptions in more detail.

[ X ] The documents are being forwarded to you with this letter.

[ X ] The rules and regulations of the Drug Enforcement Administration applicable to Freedom of Information
    Act requests are contained in the Code of Federal Regulations, Title 28, Part 16, as amended. They are
    published in the Federal Register and are available for inspection by members of the public.

[  ] Certain DEA documents contained information furnished by another government agency. DEA is in the
    process of consulting with that agency before granting access to the documents in accordance with 28 C.F.R
    16.4 and/or 16.42. You will be notified if more material is available for release pending results from that
    consultation.

[  ] Certain DEA files contain information that was furnished by another government agency or agencies. That
    information and a copy of your request have been referred for a decision as to access and the agency or
    agencies involved will respond directly to you in accordance with 28 C.F.R 16.4 and/or 16.42.

**06 1032**

**FILED**

JUN - 5 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# 3,a

[X ]  If you wish to appeal any denial of your request, you may do so within sixty (60) days pursuant to 28 C.F.R. 16.9.  The appeal should be sent to the following address, with the envelope marked "FOIA Appeal":

> Co-Director
> Office of Information and Privacy
> FLAG Building, Suite 570
> Washington, D.C. 20530

[  ]  For further information, see attached comments page.

Sincerely,

Katherine L. Myrick
Chief, Operations Unit
FOI/Records Management Section
Drug Enforcement Administration
Washington, D.C. 20537

Number of Pages Withheld:                          012

Number of Pages Released:                          029

Number of Pages Referred to another agency:        000

## APPLICABLE SECTIONS OF THE FREEDOM OF INFORMATION AND/OR PRIVACY ACT:

| Freedom of Information Act 5 U.S.C. 552 | | | Privacy Act 5 U.S.C. 552a | |
|---|---|---|---|---|
| [  ] (b)(1) | [  ] (b)(5) | [ X ] (b)(7)(C) | [  ] (d)(5) | [  ] (k)(2) |
| [ X ] (b)(2) | [  ] (b)(6) | [ X ] (b)(7)(D) | [ X ] (j)(2) | [  ] (k)(5) |
| [  ] (b)(3) | [  ] (b)(7)(A) | [  ] (b)(7)(E) | [  ] (k)(1) | [  ] (k)(6) |
| [  ] (b)(4) | [  ] (b)(7)(B) | [ X ] (b)(7)(F) | | |

**U.S. Department of Justice**
Drug Enforcement Administration

July 28, 2005

*Case Number: 05-1295-P*

*Subject of Request: DUNCAN, MARCO*

Marco D. Duncan #37679-048
USP Atwater
P.O. Box 019001
Atwater, California  95301

Dear Mr. Duncan:

The Drug Enforcement Administration (DEA) has received your Freedom of Information/Privacy Act (FOI/PA) request and placed it on a list of requests waiting processing. In order to expedite all requests that require retrieval, processing and duplication of documents, your request will be handled in chronological order based on the date of this letter.

Your request has been assigned the above number.  Please include this number in any future correspondence to this office regarding this request.

This letter confirms your obligation that by filing your request, you have implicitly agreed to pay all applicable fees charged under 28 C.F.R. 16.11, up to $25.00, unless you seek a waiver of fees (28 C.F.R. 16.3(c)).

Please be assured that your request is being handled as equitably as possible.  Upon completion of the processing, you will be notified of all applicable fees, and payment will be required prior to release of any records.  If there are no fees associated with the processing of your request, all documents that can be released will be made available to you at the earliest possible date.

Sincerely,

Katherine L. Myrick
Chief, Operations Unit
FOI/Records Management Section

06 1032

**FILED**

JUN − 5 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

U.S. Department of Justice

United States Marshals Service

*Office of General Counsel*



---

*Washington, DC 20530-1000*

July 28, 2005

Marco D. Duncan
Reg. No. 37679-048
USP Atwater
P.O. Box 019001
Atwater, CA 95301

    RE:    Freedom of Information/Privacy Act Request No. 2005USMS8601

Dear Mr. Duncan:

    The United States Marshals Service (USMS) is in receipt of your Freedom of Information/Privacy Act request for records maintained by this Bureau pertaining to you. We have commenced a search for documents responsive to your request and will contact you when our processing is complete.

    Although we are unable to determine at this time the amount of fees to be charged to you, if any, the filing of your request constitutes your agreement to pay all applicable fees that may be charged under 28 C.F.R. § 16.11 or § 16.49, up to $25.00. Do not send any money at this time. You will be notified as soon as practicable if the estimated or actual fee for satisfying your request exceed $25.00.

                      Sincerely,

                      William E. Bordley
                      Associate General Counsel/FOIPA Officer
                      Office of General Counsel

06 1032
FILED
JUN - 5 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT



U.S. Department of Justice

United States Marshals Service

*Office of General Counsel*



_____

*Washington, DC 20530-1000*

AUG 0 2005

Marco Duncan
Reg. No. 37679-048
USP Atwater
P.O. Box 019001
Atwater, CA. 95301

### Re:  Freedom of Information Act (FOIA) Request No. 2005USMS8588

Dear Mr. Duncan:

The United States Marshals Service is in receipt of your Freedom of Information Act request for seized property records maintained by this Bureau. We have commenced a search for documents responsive to your request and will contact you when our processing is complete.

Although we are unable to determine at this time the amount of fees to be charged to you, if any, the filing of your request constitutes your agreement to pay all applicable fees that may be charged under 28 C.F.R. § 16.11 or § 16.49, up to $25.00. You will be notified as soon as practicable if the estimated or actual fee for satisfying your request exceeds $25.00.

Sincerely,

*Alita D. Cunningham*

William E. Bordley
Associate General Counsel/FOIPA Officer
Office of General Counsel

## 06 1032
# FILED

JUN – 5 2006

**NANCY MAYER WHITTINGTON, CLERK**
**U.S. DISTRICT COURT**

**U.S. Department of Justice**
Drug Enforcement Administration

SEP 0 6 2005

Case Number: 05-1295-P

Case Subject: DUNCAN, MARCO

Previous DEA Case Number: 04-1519-P

Marco D. Duncan  #37679-048
USP Atwater
P.O. Box 019001
Atwater, CA  95301

Dear Marco D. Duncan:

This is in response to your Freedom of Information/Privacy Acts request letter dated July 5, 2005, to Drug Enforcement Administration requesting " ... any and all materials for the entire central file that your agency and any other agencies ... relating to me ...." We have reviewed your request and have made the following final determination.

A request from you has been processed previously under the above referenced DEA request number. No further information other than that previously sent is available to you. Therefore, no further action will be taken regarding this request, and it will be administratively closed. For further information, please refer to the above previously processed DEA case number 04-1519-P.

Sincerely,

Katherine Myrick

Katherine L. Myrick
Chief, Operations Unit
FOI/Records Management Section

**06 1032
FILED**

JUN − 5 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

U.S. Department of Justice

United States Marshals Service

*Office of General Counsel*



_____

*Washington, DC  20530-1000*

OCT 7 2005

Marco Duncan
Reg. No. 37679-048
USP Atwater
P.O. Box 019001
Atwater, CA. 95301

### Re: <u>Freedom of Information Act (FOIA) Request No. 2005USMS8588</u>
### Subject of Request: <u>USMS seized assets; Case No. 3:02-CR20-RV</u>

Dear Mr. Duncan:

The United States Marshals Service is responding to your request for records pertaining to the above subject.

Pursuant to your request, [X] the Marshals Service conducted a search of its files and located documents which are responsive, or [ ] the Marshals Service received documents referred from another agency for disclosure determination and direct response to you. The paragraphs checked below apply:

[ ] All documents located or [ ] all documents referred from another agency are being released to you without deletions.

[X] Documents are being released to you; however, certain documents or portions of documents are being withheld pursuant to the Freedom of Information Act, 5 U.S.C. § 552, and/or the Privacy Act, 5 U.S.C. § 552a. Please refer to the list on page 2 of this letter for a description of information being withheld and the basis for withholding.

[X] Our search located documents which originated with or contains information which originated with other components of the Department of Justice or with other government agencies.

[ ] Information contained in Marshals Service records which originated with another agency and a copy of your request have been referred to the originator(s) for consultation in accordance with 28 C.F.R. § 16.4 and/or § 16.42. The Marshals Service will correspond with you again upon completion of this consultation.

[X] Records which originated with other agencies and a copy of your request have been referred to the originators for disclosure determination and direct response to you in accordance with 28 C.F.R. § 16.4 and/or § 16.42.

[ ] Your request is being denied pursuant to the Freedom of Information Act and/or Privacy Act exemption(s) identified by mark(s) on the following list.

06 1032

FILED

JUN - 5 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

#8,a

[X] If you are dissatisfied with my action on this request, you may appeal from this (partial) denial by writing to the Co-Director, Office of Information and Privacy, United States Department of Justice, Flag Building, Room 570, Washington, D.C. 20530, within 60 days of the date of this letter. Both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal." In the event you are dissatisfied with the results of any such appeal, judicial review will thereafter be available to you in the United States District Court for the judicial district in which you reside or have your principal place of business, or in the District of Columbia.

[X] The enclosed material is provided for your further information.

Sincerely,

WILLIAM E. BORDLEY
Associate General Counsel/FOIPA Officer
Office of General Counsel

Enclosures

| | |
|---|---|
| Number of Documents Located or referred from another agency: | 10 |
| Number of Documents Released: | 7 |
| Number of Documents Referred to another agency: | 3 |
| Number of Documents Withheld: | 0 |

Freedom of Information Act          Privacy Act
5 U.S.C. § 552                      5 U.S.C. § 552a

Exemptions cited                                        Description of Information Withheld:

[ ] (b)(1)  [X] (b)(2)  [ ] (b)(3)        [ ] (d)(5)  [ ] (j)(2)        [X] Administrative marking(s)
[ ] (b)(4)  [ ] (b)(5)  [ ] (b)(6)        [ ] (k)(1)  [ ] (k)(2)        [ ] Names of and/or information on
[ ] (b)(7)(A)  [ ] (b)(7)(B)              [ ] (k)(5)  [ ] (k)(6)             government employees
[X] (b)(7)(C)  [ ] (b)(7)(D)                                            [X] Names of and/or information
[ ] (b)(7)(E)  [ ] (b)(7)(F)                                                pertaining to third-party individual(s)
                                                                        [ ] Names of and/or information
                                                                            pertaining to other prisoners
                                                                        [ ] Confidential source information
                                                                        [ ] Other:_____
                                                                        _____
                                                                        _____

**U.S. Department of Justice**

Office of Information and Privacy

Telephone: (202) 514-3642

*Washington, D.C. 20530*

Mr. Marco Duncan
Register No. 37679-048
United States Penitentiary
P.O. Box 019001
Atwater, CA 95301

     Re: Request No. 05-1295-P

Dear Mr. Duncan:

    This is to advise you that your administrative appeal from the action of the Drug Enforcement Administration on your request for information from the files of the Department of Justice was received by this Office on October 24, 2005.

    The Office of Information and Privacy, which has the responsibility of adjudicating such appeals, has a substantial backlog of pending appeals received prior to yours. In an attempt to afford each appellant equal and impartial treatment, we have adopted a general practice of assigning appeals in the approximate order of receipt. Your appeal has been assigned number **06-0295**. Please mention this number in any future correspondence to this Office regarding this matter.

    We will notify you of the decision on your appeal as soon as we can. The necessity of this delay is regretted and your continuing courtesy is appreciated.

             Sincerely,

             Priscilla Jones
             Chief, Administrative Staff

**06 1032**

**FILED**

JUN − 5 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT



**U.S. Department of Justice**
Drug Enforcement Administration

#10

---

November 15, 2005

*Request Number: 06-0114-P*

*Subject of Request: DEA FILE NO. KV-01-0014 - ANY/ALL VEHICLE IMPOUND FORMS,*
*INVENTORY LISTS, RELATED ARREST REPORTS AND LIST OF EVIDENCE*

*Referred to DEA by: United States Marshals Service*

Marco Damon Duncan #37679-048
USP Atwater
P.O. Box 019001
Atwater, CA 95301

Dear Marco Damon Duncan:

       In response to your request for documents from the above agency, the Drug Enforcement
Administration (DEA) has been asked to review certain materials which originated within DEA. In
order to expedite all requests, your request will be handled in chronological order based on the date
of this letter.

       Your request has been assigned the above number. Please include this number in any future
correspondence to this office regarding this request.

       This letter confirms your obligation that by filing your request, you have implicitly agreed to
pay all applicable fees charged under 28 C.F.R. 16.11, up to $25.00, unless you seek a waiver of
fees (28 C.F.R.16.3©).

       Please be assured that your request is being handled as equitably as possible. Upon
completion of the processing, you will be notified of chargeable fees, and payment will be required
prior to release of any records. If there are no fees associated with the processing of your request,
all documents that can be release will be made available to you at the earliest possible date.

                              Sincerely,

                              Katherine Myrick

                              Katherine L. Myrick
                              Chief, Operations Unit
                              FOI/Records Management Section

**06 1032**

**FILED**

JUN - 5 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**U.S. Department of Justice**

Office of Information and Privacy



_Telephone: (202) 514-3642_                    _Washington, D.C. 20530_

Mr. Marco Duncan
Register No. 37679-048
United States Penitentiary
P.O. Box 019001
Atwater, CA 95301

    Re:  Request No. 2005USMS8588

Dear Mr. Duncan:

    This is to advise you that your administrative appeal from the action of the United States Marshals Service on your request for information from the files of the Department of Justice was received by this Office on November 10, 2005.

    The Office of Information and Privacy, which has the responsibility of adjudicating such appeals, has a substantial backlog of pending appeals received prior to yours.  In an attempt to afford each appellant equal and impartial treatment, we have adopted a general practice of assigning appeals in the approximate order of receipt.  Your appeal has been assigned number **06-0466**.  Please mention this number in any future correspondence to this Office regarding this matter.

    We will notify you of the decision on your appeal as soon as we can.  The necessity of this delay is regretted and your continuing courtesy is appreciated.

                 Sincerely,

                 Priscilla Jones
                 Chief, Administrative Staff

**06 1032**
**FILED**

JUN - 5 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**U.S. Department of Justice**
Drug Enforcement Administration



DEC 1 5 2005

Case Number: 06-0114-P

Subject: DEA FILE NO. KV-01-0014 - ANY/ALL VEHICLE IMPOUND FORMS, INVENTORY
LISTS, RELATED ARREST REPORTS AND LIST OF EVIDENCE

Referred to DEA By: U.S. MARSHALS SERVICE / OFFICE OF THE GENERAL COUNSEL

Marco Damon Duncan #37679-048
USP Atwater
P.O. Box 019001
Atwater, CA 95301

Dear Marco Damon Duncan:

The Drug Enforcement Administration (DEA) has completed its review of the referred
document (3 pages) pursuant to your Freedom of Information/Privacy Act request to the above
agency.

The processing of your request identified certain materials that will be released to you with
this letter. Portions not released are being withheld pursuant to the Freedom of Information Act, 5
U.S.C. 552 and/or the Privacy Act, 5 U.S.C. 552a. Please refer to the list enclosed with this letter
that identifies the authority for withholding the deleted material, which is indicated by a mark
appearing in the block next to the exemption. An additional enclosure with this letter explains these
exemptions in more detail.

If you wish to appeal any denial of your request, you may do so within sixty (60) days
pursuant to 28 C.F.R. 16.9. The appeal should be sent to the following address, with the envelope
marked "FOIA Appeal":

CO-DIRECTOR
OFFICE OF INFORMATION AND PRIVACY
FLAG BUILDING, SUITE 570
WASHINGTON, D.C. 20530

Sincerely,

*Katherine Myrick*

Katherine L. Myrick
Chief Operations Unit
FOI/Records Management

**06 1032**

**FILED**

JUN - 5 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Number of Pages Withheld:    0

Number of Pages Released:    3

DEA Case Number 06-0114-P

#12a

Applicable sections of the Freedom of Information and/or Privacy Act:

| **Freedom of Information Act**<br>**5 U.S.C. 522** | | | **Privacy Act**<br>**5 U.S.C. 552a** | |
|---|---|---|---|---|
| [ ] (b)(1) | [ ] (b)(5) | [x ] (b)(7)(C) | [ ] (d)(5) | [ ] (k)(2) |
| [x ] (b)(2) | [ ] (b)(6) | [ ] (b)(7)(D) | [x ] (j)(2) | [ ] (k)(5) |
| [ ] (b)(3) | [ ] (b)(7)(A) | [ ] (b)(7)(E) | [ ] (k)(1) | [ ] (k)(6) |
| [ ] (b)(4) | [ ] (b)(7)(B) | [ ] (b)(7)(F) | | |



U.S. Department of Justice

United States Marshals Service

*Office of General Counsel*

**# 13**

Washington, DC 20530-1000

December 19, 2005

Mr. Marco D. Duncan
Reg. No. 37679-048
USP Atwater
P.O. Box 019001
Atwater, CA 95301

    RE:    Freedom of Information/Privacy Act Request No. 2005USMS8601

Dear Mr. Duncan:

    The United States Marshals Service (USMS) is responding to your request for documents pertaining to you.

    Pursuant to your request, the USMS conducted a search of its files and located 256 pages of documents indexed to your name. Forty-four (44) pages originated with or contain information which originated with other components of the Department of Justice. These documents and a copy of your request have been referred to the originators for disclosure determination and direct response to you in accordance with 28 C.F.R. § 16.4 and § 16.42.

    We have determined to grant you access to 148 pages, except for internal information and names, addresses, telephone numbers, and other information pertaining to government employees and/or third-party individuals, and names and numbers of other prisoners referenced therein which are exempt from disclosure pursuant to exemptions 2, 7(C), and 7(E) of the Freedom of Information Act, 5 U.S.C. 552(b). Exemption 2 allows an agency to withhold matter related solely to internal personnel rules and practices. Certain information withheld under this provision meets the test of "predominant internality," set forth in <u>Crooker v. BATF</u>, 670 F.2d 1051 (D.C. Cir. 1981). Disclosure of this information would reveal investigative techniques and procedures utilized by the USMS in locating fugitives and, thus, would allow such persons to circumvent investigative procedures and evade detection and apprehension efforts. Exemption 7 allows an agency to withhold records or information compiled for law enforcement purposes, to the extent that disclosure (C) could reasonably be expected to constitute an unwarranted invasion of personal privacy, and (E) would disclose guidelines or techniques and procedures for law enforcement investigations or prosecutions, if such disclosure could reasonably be expected to risk circumvention of the law. The information withheld is not appropriate for discretionary release. A copy of these 148 pages of documents are enclosed.

**06 1032**

**FILED**

JUN - 5 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# 13,a

The remaining 64 pages are being withheld entirely pursuant to exemptions 2, 7(C), and 7(E) as explained above.

If you are dissatisfied with my action on this request, you may appeal this partial denial within 60 days of the date of this letter by writing to the Co-Director, Office of Information and Privacy, United States Department of Justice, Flag Building, Suite 570, Washington, D.C. 20530. Both the letter and the envelope should be clearly marked "Freedom of Information/Privacy Act Appeal." In the event you are dissatisfied with the results of any such appeal, judicial review will thereafter be available to you in the United States District Court for the judicial district in which you reside or have your principal place of business, or in the District of Columbia.

Sincerely,

for William E. Bordley
   Associate General Counsel/FOIPA Officer
   Office of General Counsel

Enclosures



**U.S. Department of Justice**
Drug Enforcement Administration

#14

---

*Request Number: 06-0375-P*

*Subject of Request: DUNCAN, MARCO D. (DEA FILE NO. KV-01-0014)*

*Referred to DEA by: USMS*

Marco Damon Duncan
USP Atwater
P.O. Box 019001
Atwater, CA 95301

Dear Marco Damon Duncan:

In response to your request for documents from the above agency, the Drug Enforcement Administration (DEA) has been asked to review certain materials which originated within DEA. In order to expedite all requests, your request will be handled in chronological order based on the date of this letter.

Your request has been assigned the above number. Please include this number in any future correspondence to this office regarding this request.

This letter confirms your obligation that by filing your request, you have implicitly agreed to pay all applicable fees charged under 28 C.F.R. 16.11, up to $25.00.

Please be assured that your request is being handled as equitably as possible. Upon completion of the processing, you will be notified of chargeable fees, and payment will be required prior to release of any records. If there are no fees associated with the processing of your request, all documents that can be release will be made available to you at the earliest possible date.

Sincerely,

*Katherine Myrick*

Katherine L. Myrick
Chief, Operations Unit
FOI/Records Management Section

06 1032

**FILED**

JUN - 5 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT



**U.S. Department of Justice**

*Executive Office for United States Attorneys*
*Freedom of Information/Privacy Act Staff*
*600 E Street, N.W., Room 7100*
*Washington, D.C. 20530*
*202-616-6757  Fax 202-616-6478*

JAN 11 2006

Requester:  Duncan, Marco D.
Request Number: 05-3782-R

Government Component that referred material:   US Marshals Service

Dear Requester:

Your request for records under the Freedom of Information Act/Privacy has been processed. This letter constitutes a reply from the Executive Office for United States Attorneys, the official record-keeper for all records located in this office and the various United States Attorneys' Offices. Records were referred to us by the government component above for direct response to you.

The referred material has been considered under both the FOIA and the Privacy Act to provide you the greatest degree of access. Exemptions have been applied when deemed appropriate either for withholding records in full or for excising certain information. The exemptions cited are marked below. An enclosure to this letter explains the exemptions in more detail.

| Section 552 | | | Section 552a |
|---|---|---|---|
| [  ] (b)(1) | [  ] (b)(4) | [  ] (b)(7)(B) | [ X ] (j)(2) |
| [  ] (b)(2) | [ X ] (b)(5) | [ X ] (b)(7)(C) | [  ] (k)(2) |
| [  ] (b)(3) | [ X ] (b)(6) | [  ] (b)(7)(D) | [  ] (k)(5) |
| _____ | [  ] (b)(7)(A) | [ X ] (b)(7)(E) | [  ] _____ |
| _____ | | [  ] (b)(7)(F) | |

We have reviewed approximately   5   page(s) of material:

_____ page(s) are being released in full (RIF);
___3___ page(s) are being released in part (RIP);
___2___ page(s) are withheld in full (WIF) and
_____ pages were duplicate copies of material already processed.

You may appeal my decision to withhold records in this matter by writing within sixty (60) days from the date of this letter, to:

**06 1032**

Office of Information and Privacy
United States Department of Justice
Flag Building, Suite 570
Washington, D.C. 20530

Both the envelope and letter of appeal must be clearly marked "Freedom of Information Act/Privacy Act Appeal."

**FILED**

(Page 1 of 2) JUN - 5 2006

Form No. 024 - 11/02

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# 15,a

After the appeal has been decided, you may have judicial review by filing a complaint in the United States District Court for the judicial district in which you reside or have your principal place of business; the judicial district in which the requested records are located; or in the District of Columbia.

This is the final action this office will take concerning your request.

Sincerely,

Marie A. O'Rourke
Assistant Director

Enclosure(s)

Form No. 024 - 11/02

#16

Office of Information and Privacy        No. 06-0466

    I Marco D. Duncan filed an administrative appeal from the actions of the United States Marshals Service related to my Request No. 2005 USMS 8588. My appeal was assigned number 06-0466,

    I am requesting now, that your agency inform me of how many appeals are currently in front of my appeal. I would also like to know what appeal number is currently being processed.

    I further request that your agency provide me a copy of all pending appeals befor my assigned number 06-0466

Thank You
Marco Duncan
1-17-06

06 1032

**FILED**

JUN - 5 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

#16,a

Office of Information and Privacy                06-0295

    I Marco D Duncan filed an administrative appeal from the actions of the Drug Enforcement Administration related to my Request No. 05-1295-P. My appeal was assigned number ⬛⬛⬛⬛⬛ 06-0295.

    At this time I request that your agency inform me of how many administrative appeals are currently ahead of my appeal No. 06-0295. I further request that your agency inform me as to what appeal number is currently being processed and provide me with a list detailing all pending appeals ahead of 06-0295

Thank You
Marco Duncan
1-17-06

# 17

**U.S. Department of Justice**

Office of Information and Privacy

_____

Telephone: (202) 514-3642                    Washington, D.C. 20530


Mr. Marco Duncan
Register No. 37679-048
United States Penitentiary-Atwater
P.O. Box 019001
Atwater, CA 95301

      Re:  Request No. 2005USMS8601

Dear Mr. Duncan:

      This is to advise you that your administrative appeal from the action of the United States Marshals Service was received by this Office on January 10, 2006.

      The Office of Information and Privacy, which has the responsibility of adjudicating such appeals, has a substantial backlog of pending appeals received prior to yours.  In an attempt to afford each appellant equal and impartial treatment, we have adopted a general practice of assigning appeals in the approximate order of receipt.  Your appeal has been assigned number **06-0974**.  Please mention this number in any future correspondence to this Office regarding this matter.

      We will notify you of the decision on your appeal as soon as we can.  We regret the necessity of this delay and appreciate your continued patience.

                 Sincerely,

                 Priscilla Jones
                 Chief, Administrative Staff


**06 1032**

**FILED**

JUN - 5 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**U.S. Department of Justice**

Office of Information and Privacy

Telephone: (202) 514-3642                          Washington, D.C. 20530

Mr. Marco D. Duncan
Register No. 37679-048
United States Penitentiary - Atwater
Post Office Box 019001
Atwater, CA 95301

      Re: Appeal Nos. 06-0295 and 06-0466

Dear Mr. Duncan:

      This responds to your letters dated January 17, 2006, regarding the status of your administrative appeals from the actions of the Drug Enforcement Administration and the United States Marshals Service.

      Your administrative appeal (No. 06-0295) has recently been assigned to a staff member of this Office for processing. The delay in adjudicating appeals under the Freedom of Information Act and Privacy Act is primarily caused by the large volume of appeals received by the Department of Justice and the individual review received by each appeal. Although the varying complexity of appeals makes it almost impossible to predict accurately when a determination will be reached in this case, we anticipate that the delay will extend at least for several weeks.

      In reference to Appeal No. 06-0466, that appeal is still within our current backlog and has not yet been assigned to an attorney of this Office for processing. Upon receipt of the requested information from the USMS, your appeal will be assigned to a staff member of this Office, and completed as quickly as practicable.

      I hope this information is of assistance to you, and again, request your continued patience.

              Sincerely,

              Priscilla Jones
              Chief, Administrative Staff

**06 1032**

PAJ:CIH

**FILED**

JUN - 5 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**U.S. Department of Justice**
Drug Enforcement Administration

MAR 0 1 2006

# 19

---

DEA Case Number: 06-0375-P

Subject: DUNCAN, MARCO DAMON

Referred to DEA By: U.S. MARSHALS SERVICE / OFFICE OF THE GENERAL COUNSEL

Marco Damon Duncan
USP Atwater
P.O. Box 019001
Atwater, CA 95301

Dear Marco Damon Duncan:

The Drug Enforcement Administration (DEA) has completed its review of the referred documents *(8 pages)* pursuant to your Freedom of Information/Privacy Act request to the above agency.

The processing of your request identified certain materials that will be released to you. Portions not released are being withheld pursuant to the Freedom of Information Act, 5 U.S.C. 552 and/or the Privacy Act, 5 U.S.C. 552a. Please refer to the list enclosed with this letter that identifies the authority for withholding the deleted material, which is indicated by a mark appearing in the block next to the exemption. An additional enclosure with this letter explains these exemptions in more detail. The document is being forwarded to you with this letter.

Please be advised that seven of the eight referred pages contain information that was furnished by another government agency. That information and a copy of your request have been referred for a decision as to access and the agency involved will respond directly to you in accordance with 28 C.F.R 16.4 and/or 16.42.

If you wish to appeal any denial of your request, you may do so within sixty (60) days pursuant to 28 C.F.R. 16.9. The appeal should be sent to the following address, with the envelope marked "FOIA Appeal":

**06 1032**

**FILED**

JUN - 5 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

DEA Case Number:  06-0375-P

# 19,9

CO-DIRECTOR
OFFICE OF INFORMATION AND PRIVACY
UNITED STATES DEPARTMETN OF JUSTICE
NYAV BLDG., 11TH FLOOR
WASHINGTON, D.C.  20530

Sincerely,

Katherine L. Myrick
Chief, Operations Unit
FOI/Records Management

Number of Pages Withheld:                0 .

Number of Pages Released:                1

Number of Pages Referred:                7

Applicable sections of the Freedom of Information and/or Privacy Act:

| Freedom of Information Act 5 U.S.C. 522 | | | Privacy Act 5 U.S.C. 552a | |
|---|---|---|---|---|
| [ ] (b)(1) | [ ] (b)(5) | [x ] (b)(7)(C) | [ ] (d)(5) | [ ] (k)(2) |
| [x ] (b)(2) | [ ] (b)(6) | [ ] (b)(7)(D) | [x ] (j)(2) | [ ] (k)(5) |
| [ ] (b)(3) | [ ] (b)(7)(A) | [ ] (b)(7)(E) | [ ] (k)(1) | [ ] (k)(6) |
| [ ] (b)(4) | [ ] (b)(7)(B) | [x ] (b)(7)(F) | | |

# 20

**U.S. Department of Justice**

Office of Information and Privacy

---

*Telephone: (202) 514-3642*                    *Washington, D.C. 20530*

**MAR 0 8 2006**

Mr. Marco Duncan
Register No. 37679-048
United States Penitentiary           Re:    Appeal No. 06-0295
Post Office Box 019001                       Request No. 05-1295-P
Atwater, CA 95301                            BVE:GLB:JTR

Dear Mr. Duncan:

    You appealed from the action of the Drug Enforcement Administration on your request for access to records concerning yourself. Specifically, you challenge the DEA's assertion that you were previously released the records that you now are seeking, and also ask that you be provided "a Vaughn Index outlining a list of the records."

    After carefully considering your appeal, I have decided to affirm the DEA's action on your request. In your previous request to the DEA, No. 04-1519-P, dated July 14, 2004, you requested DEA 6 forms and video tapes. The DEA treated that request as one for all records concerning you. In response to it the DEA provided you with all responsive records that it could locate in its files, which totaled twenty-nine pages and included forms other than DEA 6s, such as DEA 7, DEA 202, and DEA 212.

    By letter July 5, 2005, you requested information from the DEA similar to that which had been released to you on August 11, 2004. I have been informed that the DEA has created no additional records concerning you since that release was made. If you would like to receive an additional copy of the records previously released to you, you may make a new request directly to the DEA. To the extent that you are attempting to appeal the withholdings in the DEA's August 11, 2004 release, I am denying it as untimely. See Oglesby v. Dep't of the Army, 920 F.2d 57, 65 (D.C. Cir. 1990). Pursuant to 28 C.F.R. § 16.9(a) (2005), the Department of Justice must receive your appeal "within 60 days of the date of the letter denying your request."

    Furthermore, I am denying your request that we itemize and justify each item of the information withheld. You are not entitled to such a listing at the administrative stage of processing Freedom of Information Act requests and appeals. See Judicial Watch v. Clinton, 880 F. Supp. 1, 10 (D.D.C. 1995).

**06 1032**

**FILED**

JUN - 5 2006

#20,a

-2-

Finally, regarding your comment that the requested records "are presumptively material to [your] criminal case," please be advised that the FOIA is not designed to be a discovery tool, and neither the Jencks Act nor <u>Brady v. Maryland</u> has any applicability to FOIA requests. <u>See, e.g.</u>, <u>Johnson v. United States Department of Justice</u>, 758 F. Supp. 2, 5 (D.D.C. 1991).

If you are dissatisfied with my action on your appeal, you may seek judicial review in accordance with 5 U.S.C. § 552(a)(4)(B).

Sincerely,

Daniel J. Metcalfe
Director

By:

Janice G. McLeod
Senior Counsel

**U.S. Department of Justice**

Office of Information and Privacy



Telephone: (202) 514-3642                     Washington, D.C. 20530

Mr. Marco Duncan
Register No. 37679-048
United States Penitentiary          Re:    Appeal Nos. 06-0466 & 06-0974
Post Office Box 019001                      Request Nos. 2005USMS8588 &
Atwater, CA  95301                          2005USMS8601
                                            BVE:GLB:KAM

Dear Mr. Duncan:

        You appealed from the action of the United States Marshals Service on your request for
access to records concerning your arrest at the El Dorado Hotel and Casino, Reno, NV, on
April 21, 2003, and records on seized assets.

        After carefully considering your appeal, I have decided to provide you with the full
release of one page, a copy of which is enclosed.  I am, however, otherwise affirming the
USMS's action on your request.

        These records are exempt from the access provision of the Privacy Act of 1974 pursuant
to 5 U.S.C. § 552a(j)(2).  See 28 C.F.R. § 16.97 (2005).  Because these records are not available
to you under the Privacy Act, your request has been reviewed under the Freedom of Information
Act in order to afford you the greatest possible access to the records you requested.

        The USMS properly withheld certain information that is protected from disclosure under
the FOIA pursuant to:

        5 U.S.C. § 552(b)(2), which concerns matters that are related solely to internal
        agency practices;

        5 U.S.C. § 552(b)(7)(C), which concerns records or information compiled for law
        enforcement purposes, the release of which could reasonably be expected to
        constitute an unwarranted invasion of the personal privacy of third parties; and

        5 U.S.C. § 552(b)(7)(E), which concerns records or information compiled for law
        enforcement purposes, the release of which would disclose techniques and
        procedures for law enforcement investigations or prosecutions.

**06 1032**

I have also determined that this material is not appropriate for discretionary release.

**FILED**

JUN − 5 2006

**NANCY MAYER WHITTINGTON, CLERK**
**U.S. DISTRICT COURT**

#21,a

-2-

In your appeal letter, you state that you specifically requested a copy of a video surveillance tape which was allegedly seized by Deputy United States Marshal Gump. Please note that, subsequent to your appeal letter, the USMS conducted a second search regarding the video surveillance tape and located no responsive records.

Finally, I am denying your request that we itemize and justify each item of the information withheld. You are not entitled to such a listing at the administrative stage of processing FOIA requests and appeals. See Judicial Watch v. Clinton, 880 F. Supp. 1, 10 (D.D.C. 1995).

If you are dissatisfied with my action on your appeal, you may seek judicial review in accordance with 5 U.S.C. § 552(a)(4)(B).

Sincerely,

Daniel J. Metcalfe
Director

Enclosure