**FILED**

JUN - 5 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Marco D. Duncan
CDC No: 37679-048
Address: P.O. Box 019001
Atwater, California 95301

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

Marco D. Duncan
      Plaintiff,

vs.

Drug Enforcement Administration
United States Marshal Service
      Defendant(s)

APPLICATION TO PROCEED
IN FORMA PAUPERIS
BY A PRISONER

CASE NUMBER:

**06 1032**

I, **Marco Duncan**, declare that I am the plaintiff in the above-entitled proceeding; that, in support of my request to proceed without prepayment of fees under 28 U.S.C. section 1915, I declare that I am unable to pay the fees for these proceedings or give security therefor and that I am entitled to the relief sought in the complaint.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?  ✓ Yes    ___ No   (If "no" DO NOT USE THIS FORM)

If "yes" state the place of your incarceration **United States Penitentiary Atwater**

Have the institution fill out the Certificate portion of this application and attach a certified copy of your prison trust account statement showing transactions for the past six months.

2. Are you currently employed (includes prison employment)?  ✓ Yes   ___ No

 a. If the answer is "yes" state the amount of your pay: **$4.75 monthly**

 b. If the answer is "no" state the date of your last employment, the amount of your take-home salary or wages and pay period, and the name and address of your last employer.

3. Have you received any money from the following sources over the last twelve months?

 a. Business, profession, or other self-employment:   ___ Yes   ✓ No

 b. Rent payments, interest or dividends:   ___ Yes   ✓ No

 c. Pensions, annuities or life insurance payments:   ___ Yes   ✓ No

RECEIVED
MAY 2 2 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

2

|   |   |   |   |
|---|---|---|---|
| | | ___ Yes | ✓ No |
| e. | Gifts or inheritances. | ___ Yes | ✓ No |
| f. | Any other sources. | ✓ Yes | ___ No |

If the answer to any of the above is "yes," describe by that item each source of money. Also state the amount received and what you expect you will continue to receive. Please attach an additional sheet if necessary. $200 from a friend, I dont expect to recieve anything soon. $400 from a friend $100 Mother

4. Do you have cash (includes balance of checking or savings accounts)? ✓ Yes ___ No

If "yes" state the total amount: $100

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?     ___ Yes   ✓ No

If "yes" describe the property and state its value: _____

6. Do you have any other assets?     ___ Yes   ✓ No

If "yes," list the asset(s) and state the value of each asset listed

7. List all persons dependent on you for support, stating your relationship to each person listed and how much you contribute to their support. None

I hereby authorize the agency having custody of me to collect from my trust account and forward to the Clerk of the United States District Court payments in accordance with 28 U.S.C. section 1915(b)(2).

5-8-2006    Marco Duncan
DATE          SIGNATURE OF APPLICANT

## CERTIFICATE
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ 108.38 on account to his/her credit at USP Atwater (name of institution). I further certify that during the past six months, the applicant's average monthly balance was $ 365.70. I further certify that during the past six months, the average of monthly deposits to the applicant's account was $ 352.08.

(Please attach a certified copy of the applicant's trust account statement showing transactions for the past six months).

5-9-06    R. Ortiz
DATE       SIGNATURE OF AUTHORIZED OFFICER