UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARCO D. DUNCAN**  )<br>**#37679-048**  )<br>**U.S. Penitentiary - Atwater**  )<br>**P.O. Box 019001**  )<br>**Atwater, CA 95301**  )<br>                    Plaintiff  )<br>         v.  )<br>**DRUG ENFORCEMENT ADMIN.**  )<br>**&**  )<br>**U.S. MARSHAL SERVICE**  )<br>                    Defendant.  ) | Civil Action No. 06-1032 (GK)<br>ECF |

## **PRAECIPE**

**THE CLERK OF THIS COURT** will please enter the appearance of Assistant United States Attorney Peter S. Smith as counsel for the defendant in the above-captioned case.

Respectfully submitted,

_____
PETER SMITH, D.C. Bar #465131
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-0372

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this **5th** day of **July** 2006, a true and correct copy of the foregoing Praecipe was served upon Pro Se Plaintiff **MARCO D. DUNCAN,** via First Class prepaid postage as follows:

**MARCO D. DUNCAN**
**#37679-048**
**U.S. Penitentiary - Atwater**
**P.O. Box 019001**
**Atwater, CA 95301**

_____
PETER S. SMITH, D.C. Bar #465131
Assistant United States Attorney
United States Attorney's Office
Judiciary Center Building
555 4th Street, N.W., 10th Floor
Washington, D.C. 20530
(202) 307-0372