UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARCO D. DUNCAN,** )<br>)<br>Plaintiff, )<br>v. )<br>**DRUG ENFORCEMENT ADMIN.** )<br>**&** )<br>**U.S. MARSHAL SERVICE**, )<br>)<br>Defendant. ) | Civil Action No. 06-1032 (GK) |

**DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME TO ANSWER
OR OTHERWISE RESPOND TO COMPLAINT[1]**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Federal Defendants respectfully request an enlargement of time to file their answer or dispositive motion in this case. Since pro se Plaintiff is incarcerated it is impracticable for the undersigned counsel to confer with him about this Motion.[2] See Compl. caption. In this case, the Plaintiff raises claims various claims under the Freedom of Information Act, 5 U.S.C. § 552. Defendants request an enlargement of their time to answer or otherwise respond to the Complaint in this case of forty-five days, up to and including August 25, 2006. The grounds for this request are as follows:

    a.    The undersigned counsel recently was assigned this case, with the answer

---

[1] By way of this motion for an extension of time, the defendants submit that they have not waived any defense or defenses available to them under Fed. R. Civ. P. 12 or otherwise, including immunity from suit.

[2] Local Civil Rule 7(m) requires "counsel" to discuss nondispositive motions with "opposing counsel." It does not require counsel to discuss those motions with pro se parties. Nonetheless, it has been the general practice of this office to attempt to discuss such motions with nonprisoner pro se parties. This practice is informed by, and consistent with, Local Civil Rule 16.3(a). Local Civil Rule 16.3(a) excludes prisoner pro se parties from the Court's meet-and-confer requirements. Specifically, that Rule requires "[c]ounsel (including any *nonprisoner pro se* party)" to meet and confer prior to a scheduling conference. LCvR 16.3(a) (emphasis added).

currently due July 10, 2006. The undersigned counsel will need the requested time to familiarize himself with the case and to coordinate the government's response with the various federal agency defendants.

b. Prior to responding to the Complaint, the undersigned counsel will need to work with the defendant agencies in order to gather the factual information required to respond to the Complaint, including whether Plaintiff has exhausted all of his administrative remedies.

c. In addition, Federal Defendants anticipate filing a dispositive motion in lieu of an answer. The undersigned will need additional time to consult with agency counsel and to prepare and finalize such a motion.

d. This extension is sought in good faith. The granting of this Motion would promote judicial economy because, should the Court grant the motion Federal Defendants anticipate filing, it would dispose of this case without the cost and time of further litigation.

For these reasons, Defendants respectfully request that this Motion be granted. A proposed order is attached.

                    Respectfully submitted,

                    _____/s/_____
                    KENNETH L. WAINSTEIN, D.C. BAR # 451058
                    United States Attorney

                    _____/s/_____
                    PETER S. SMITH, D.C. Bar #465131
                    Assistant United States Attorney
                    Civil Division
                    555 Fourth Street, N.W.
                    Washington, D.C. 20530
                    (202) 307-0372

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this **5th** day of **July** 2006, a true and correct copy of the foregoing Motion was served upon Pro Se Plaintiff **MARCO D. DUNCAN,** via First Class prepaid postage as follows:

**MARCO D. DUNCAN**
**#37679-048**
**U.S. Penitentiary - Atwater**
**P.O. Box 019001**
**Atwater, CA 95301**

 

                                                                          _____
                                                                          PETER S. SMITH,  D.C. Bar #465131
                                                                           Assistant United States Attorney
                                                                           United States Attorney's Office
                                                                           Judiciary Center Building
                                                                           555 4th Street, N.W., 10th Floor
                                                                           Washington, D.C. 20530
                                                                           (202) 307-0372