UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**MARCO D. DUNCAN**    )
**#37679-048**       )
**U.S. Penitentiary - Atwater**  )
**P.O. Box 019001**     )
**Atwater, CA 95301**    )  Civil  Action  No. 06-1032 (GK)
      Plaintiff )
     v.    )
**DRUG ENFORCEMENT ADMIN.** )
**&**         )
**U.S. MARSHAL SERVICE**  )
_____Defendant.____)

ORDER

  UPON CONSIDERATION of the Defendant's Motion for Extension of Time to Answer and the Memorandum of Points and Authorities in Support thereof, it is this _____ day of _____, 2006,  ORDERED that Defendant's motion should be and it hereby is granted; and it is, FURTHER ORDERED that Defendants' answer or response to the Complaint is due by August 25, 2006.

       _____
       UNITED STATES DISTRICT JUDGE

Copy to:

**MARCO D. DUNCAN**
**#37679-048**
**U.S. Penitentiary - Atwater**
**P.O. Box 019001**
**Atwater, CA 95301**