Marco Duncan

P.O. BOX 019001

Atwater, CA 95301

United States Penitentiary

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARCO DUNCAN, | ) Civil Action No. 06-1032(GK) |
|    Plaintiff, | ) |
|    v. | ) |
| DRUG ENFORCEMENT ADMIN., | ) |
|    & | ) |
| U.S. MARSHAL SERVICE, | ) |
|    DEFENDANT'(S). | ) |
| | ) |

PLAINTIFF'S MOTION FOR REQUEST OF COUNSEL

COMES NOW, Marco Duncan, pro se (hereinafter) Plaintiff, before this Honorable Court, respectfully requesting the assistance of counsel. Pursuant to 28 U.S.C. § 1915(e)(1).

Plaintiff asserts that he is indigent; that he is incarcerated; and lacks basic courtroom skills and adequate assistance from persons trained in the law. Due to the complexity of the legal issues present in the complaint,

RECEIVED
SEP 1 4 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

combined with plaintiff's ignorance and below minimal understanding of the Rules Of Civil Judicial Procedures. Plaintiff does not have the necessary skills or education to present his case without the help of counsel.

For these reasons, Plaintiff respectfully request that this motion be granted. A proposed order is attached

Respectfully submitted
Marco Duncan

*Marco Duncan*

Dated this 8th Day, of September, 2006.

Copy to:

PETER S. SMITH, D.C. Bar # 465131

Assistant United States Attorney

Civil Division

555 Fourth Street, N.W.

Washington D.C. 20530

(202) 307-0372

# CERTIFICATE OF SERVICE

I, Marco Duncan hereby certify that I have served a true and correct copy of the following:

Which is deemed filed at the time it was delivered to prison authorities for forwarding, **Houston v. Lack**, 101 L.Ed.2d 245 (1988), upon the defendant/defendants and or his attorney/attorneys of record, by placing same in a sealed, postage prepaid envelope addressed to: Clerk's Office U.S. Courthouse 333 Constitution Avenue, N.W. Washington, D.C. 2001

and deposited same in the United States Mail at United States Penitentiary Atwater P.O. Box 019001 Atwater, CA. 95301

I declare, under penalty of perjury (Title 28 U.S.C. §1746), that the foregoing is true and correct.

Dated this 8 day of September, 2006.

Marco Duncan

P.O. Box 019001

Atwater, CA 95301

United States Penitentiary

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARCO DUNCAN, | ) Civil Action No.06-1032(GK) |
|    PLAINTIFF, | ) |
| v. | ) |
| DRUG ENFORCEMENT ADMIN., | ) |
|    & | ) |
| U.S. MARSHAL SERVICE, | ) |
|    Defendant'(s) | ) |
| | ) |

DISTRICT COURT'S ORDER

In light of Plaintiff's request for counsel, and consideration by this court of the circumstances before Plaintiff, that he is a indigent; that he is incarcerated; that the issues are complex; that he is unable to receive adequate assistance from persons trained in the law. In the interest of justice this Court Will appoint counsel for plaintiff.

By the Courts Authority and the power vested, Plaintiff's request for counsel is hereby granted by order of this Court.

```
                                    UNITED STATES DISTRICT JUDGE

                                    _____


                                    _____
```

Dated: This____ Day,of_____, 2006.

Copy to:

PETER S. SMITH, D.C. Bar #465131

Assistant United States Attorney

Civil Division

555 Fourth Street, N.W.

Washington D.C. 20530

(202) 307-0372