UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARCO D. DUNCAN,** ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 06-1032 (GK) |
| **DRUG ENFORCEMENT ADMIN.** ) | |
| **&** ) | |
| **U.S. MARSHAL SERVICE**, ) | |
| ) | |
| Defendant. ) | |

## DEFENDANTS' NOTICE CONCERNING SCHEDULING

Federal Defendants file this Notice to apprise the Court of their intent to file a proposed schedule for the proceedings in this case. The undersigned counsel of record has been in contact with the defendant agencies, and expects to file a proposed schedule in advance of the initial scheduling conference in this case, currently set for October 3, 2006 at 10:30 a.m.

In this case, the pro se Plaintiff raises various claims under the Freedom of Information Act, 5 U.S.C. § 552. We understand that the Drug Enforcement Administration is completing the processing of records in connection with Plaintiff's FOIA request and that, upon conclusion of that processing, Federal Defendants would prepare and file a dispositive motion.

Respectfully submitted,

s/Kenneth L. Wainstein
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

s/Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

s/Peter S. Smith
PETER S. SMITH, D.C. BAR # 465131
Assistant United States Attorney
United States Attorney's Office

Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-0372

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this **18th** day of **September** 2006, a true and correct copy of the foregoing Notice was served upon Pro Se Plaintiff **MARCO D. DUNCAN,** via First Class prepaid postage as follows:

**MARCO D. DUNCAN**
**#37679-048**
**U.S. Penitentiary - Atwater**
**P.O. Box 019001**
**Atwater, CA 95301**

                                                     s/Peter Smith
                                       _____
                                       PETER S. SMITH, D.C. Bar #465131
                                       Assistant United States Attorney
                                       United States Attorney's Office
                                       Judiciary Center Building
                                       555 4th Street, N.W., 10th Floor
                                       Washington, D.C. 20530
                                       (202) 307-0372