UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

MARCO D. DUNCAN,            ) Civil Action No. 06-1032(GK)
      plaintiff,   )
v.                          )
Drug Enforcement Admin,     )
  &                         )
U.S. Marshal Service,       )
      Defendant.   )
_____)

Plaintiffs: Motion Under Vaughn V. Rosen To Require Detailed Indexing, Justification, And Itemization

Plaintiff Marco D. Duncan, moves this Court for an Order requiring Defendant's, the Drug Enforcement Administration and U.S. Marshal Service, to provide within 30 days of the filing of this motion, a detailed justification for allegations contained in the defendant's Answer and previous administrative denial that the requested documents are exempt from disclosure under the FOIA/PA, 5 USC § 552, 552 a, including an itemization and index of the documents claimed to be exempt, correlating specific statements in such justification with actual portions of the requested documents. See Vaughn v. Rosen, 484 F.2d 820 (D.C. Cir. 1973), cert. den., 415 U.S. 977 (1974).

RECEIVED
SEP 2 5 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

                                                    Respectfully submitted

This 20th day of September 2006

*Marco W Duncan*

Plaintiff Pro Se

Reg No. 37679-048

United States Penitentiary

P.O. Box 019001

Atwater, CA 95301