UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARCO D. DUNCAN,** ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 06-1032 (GK) |
| **DRUG ENFORCEMENT ADMIN.** ) | |
| **&** ) | |
| **U.S. MARSHAL SERVICE**, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANTS' PROPOSED SCHEDULE**

Pursuant to the Court's September 25, 2006 Minute Order, Federal Defendants respectfully propose the briefing schedule set forth below. Since pro se Plaintiff is incarcerated it would be impracticable for the undersigned counsel to confer with him about the schedule. In this case, the Plaintiff raises various claims under the Freedom of Information Act, 5 U.S.C. § 552.

The undersigned counsel of record understands that Defendant Drug Enforcement Administration (DEA) has continued to process records in connection with Plaintiff's FOIA request and that DEA made an additional release of records to Plaintiff as recently as September 28, 2006. The proposed schedule includes time for DEA to complete any additional release of documents to Plaintiff and for Defendants to prepare any factual materials necessary for Defendants' anticipated dispositive motion, including Vaughn declarations and indexes of any withholdings. The proposed schedule also includes time for the undersigned counsel of record to review Defendants' factual materials and to prepare and file the expected dispositive motion.

For these reasons, Defendants propose the following schedule:

Defendants' dispositive motion filed by November 17, 2006.

Plaintiff's opposition to Defendants' motion, if any, by December 17, 2007.

Defendants' reply to Plaintiff's opposition, if any, by January 12, 2006.

Accordingly, Defendants respectfully request that the Court enter the schedule set forth above. A proposed order is attached.

                              Respectfully submitted,

                                 s/Jeffrey A. Taylor
                              JEFFREY A. TAYLOR, D.C. BAR # 498610
                              Interim United States Attorney

                                 s/Rudolph Contreras
                              RUDOLPH CONTRERAS, D.C. BAR # 434122
                              Assistant United States Attorney

                                 s/Peter S. Smith
                              PETER S. SMITH, D.C. BAR # 465131
                              Assistant United States Attorney
                              United States Attorney's Office
                              Civil Division
                              555 4th Street, N.W.
                              Washington, D.C. 20530
                              (202) 307-0372

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 2d day of October 2006, a true and correct copy of the foregoing proposed schedule and proposed order were served upon pro se Plaintiff **MARCO D. DUNCAN,** via First Class prepaid postage as follows:

**MARCO D. DUNCAN
#37679-048
U.S. Penitentiary - Atwater
P.O. Box 019001
Atwater, CA 95301**

/s Peter Smith
PETER S. SMITH, D.C. Bar #465131
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.,
Washington, D.C. 20530
(202) 307-0372