UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARCO D. DUNCAN** ) <br> **#37679-048** ) <br> **U.S. Penitentiary - Atwater** ) <br> **P.O. Box 019001** ) <br> **Atwater, CA 95301** ) <br>                 Plaintiff ) <br>         v. ) <br> **DRUG ENFORCEMENT ADMIN.** ) <br> **&** ) <br> **U.S. MARSHAL SERVICE** ) <br>                 Defendant. ) | Civil Action No. 06-1032 (GK) |

ORDER

UPON CONSIDERATION of the Defendants' proposed schedule, it is this \_\_\_\_ day of

_____, 2006, ORDERED that the parties comply with the following schedule

for the briefing of a dispositive motion in this case:

Defendants' dispositive motion filed by November 17, 2006.

Plaintiff's opposition to Defendants' motion, if any, by December 17, 2007.

Defendants' reply to Plaintiff's opposition, if any, by January 12, 2006.

_____
UNITED STATES DISTRICT JUDGE

Copy to:

**MARCO D. DUNCAN**
**#37679-048**
**U.S. Penitentiary - Atwater**
**P.O. Box 019001**
**Atwater, CA 95301**