UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

MARCO DUNCAN,                     )
   Plaintiff,                    ) Civil Action No. 06-
   v.                            ) 1032 (GK)
DRUG ENFORCEMENT ADMIN.           )
   &                             )
U.S. MARSHALL SERVICE             )
   Defendant's,                  )
_____)

PLAINTIFF'S PROPOSED SCHEDULE

RECEIVED
OCT 2 3 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

pursuant to the Court's Minute Order, Pro Se plaintiff respectfully proposes the briefing schedule set forth below. Since "Pro Se" Plaintiff is incarcerated he was unable to confer Defendant(s) counsel concerning the schedule. In this case, the plaintiff raises various claims under FOIA/PA pursuant to 5 U.S.C. § 552(a)(4)(B) 5 U.S.C. § 552 a (g)(i)(b);(g)(1)(D); (g) (3)(A); (g)(4)(A).

Plaintiff proposes the Tract two (Standard) "Case" Tracking Schedule pursuant to rule 16.3(c)(1). This proposed schedule will allow the plaintiff adequate time to conduct discovery necessary to develope factual materials in support

of plaintiff's claims. Accordingly, Plaintiff respectfully request that the Court enter the schedule set forth above.

                              Respectfully submitted

                              Pro se

                              _____

                              MARCO DUNCAN

                              */s/ Marco Duncan*

Dated: This 17th, day October, 2006

                              Plaintiff, Pro'se.

                              # 37679-048

                              U.S. Penitentiary Atwater

                              P.O. Box 019001

                              Atwater, CA 95301

CERTIFICATE OF SERVICE

---

I HEREBY CERTIFY, That on this 17th day of October 2006, a true and correct copy of the foregoing was served upon Defendant's counsel Peter S. Smith via U.S. Mail

*Marco Duncan*
Marco Duncan

#37679-048

U.S. Penitentiary

P.O. Box 019001

Atwater, CA 95301

October 17, 2006

SWORN AFFIDAVIT

---

I, Marco Duncan, swear and attest to the following facts, under the penalty of perjury and prosecution.

That on October the 9th, 2006, that U.S.P. Atwater Penitentiary did go on lockdown (full scale) at 3;38 PM. until Tuesday the 17th of October. This Fact did affect Plaintiff's ability to perfect and to complete this filing.

Nonetheless, Plaintiff submitts this filing here and now in good faith.

Petitioner has sought the signature of the Supervisor of Education as a means of attesting to and verifying this claim and fact, or call the institution and speak with a Captain, Karge, or Warden D. Smith

Respectfully submitted

*Marco Duncan*
MARCO DUNCAN

October 17, 2006