# EXHIBIT A

FREEDOM OF INFORMATION/PRIVACY ACT

REQUEST ACT OF 1974

TO:Drug Enforcement Admin.          From:Marco Duncan

USP ATWATER

PO BOX 019001

ATWATER,CA 95301


Pursuant to Title ¶ 5 § 552 and all other relevant sections and parts thereof, I the undersigned, also identified above in the upper right hand section hereby respectfully request the following information in relation to DEA file NO# KV-01-0014 AND [G-DEP Identifier no# XNC3R] File Title: Howard,Albert. Said information is in conjunction with My criminal case NO# 3;02cr20-RV In the Northern District of Florida:

(1) Any and all DEA (6) Forms, inventory list[s], related arrest reports and all information and a list of evidence seized by Special Agents Michael Bakios, Jerry Craig, Justin Dillard, Deputy Marshall David Gump and [GS] Mark Snyder in regards to the arrest of Marco Duncan at the EL Dorado Hotel and Casino at 345 N. Virginia, Reno,NV On 4/21/03.

(2) Any and all information in regards to any video surveillance seized from the EL Dorado Hotel Security by this agency or any agency in conjunction with the Arrest of Marco Duncan on 4/21/03.

As you are aware, Investigation records complied for law enforcement agencies are no longer generally exempted from disclosure, but may be inspected in camera by the United

States Court to determine whether they fall within any of the specified accepted categories of investigations records subscribed in the act.

If for any reason it is determined that portions of the materials requested are exempted under some recognizable category under the FOIA/Privacy Act of 1974, Then I request that any such exempted materials be indexed and itemized with a detailed justification for any exclusion made under the Authority of Vaughn v. Rosen, 484 F.2d. 820 (D.C.Cir. 1973) or other similar authorities.

Your Agency has 20 working days to respond to this request. In the event I do not receive your response in the time period prescribed by the rules of the Act. I will deem this formal request denied and seek Judicial review and remedy.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provision of 18 USC section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years, or both, and that requesting or obtaining any record[s] under false pretenses is punishable under the provision of 5 USC 552a(i)(3) by a fine of not more than $5,000.

Signature _Marco Duncan_

Date: _7-14-04_

CERTIFICATION OF IDENTITY

TO:Drug Enforcement Administration

U.S. DEPARTMENT OF JUSTICE

WASHINGTON, D.C. 20537

FROM:

FULL NAME OF REQUESTER: Marco DaMon Duncan

CURRENT ADDRESS: USP ATWATER PO BOX 019001 ATWATER,CA 95301

DATE OF BIRTH: 9-8-71

PLACE OF BIRTH: Berkeley California

SSN: 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

I attest to the fact that the above is true and correct under the penalty of perjury and the laws of the United States of America.

And that I am the person who has authenticated and affixed his signature and right thumb print to further certify that indeed I am said person described above.

Signature: Marco Duncan

Date: 7-14-04

NAME JClifford    TITLE Case Manager
AUTHORIZED BY THE ACT OF JULY 7, 1955.
AS AMENDED, TO
ADMINISTER OATHS (18 USC 4004).
USP Atwater
Ph. 209 386 4620
5200



^Right Thumb Print^

# EXHIBIT B

**U.S. Department of Justice**

Drug Enforcement Administration

---

July 22, 2004

Request Number:    04-1519-P

Subject of Request:    DUNCAN, MARCO D.

USP ATWATER
P.O. BOX 019001
ATWATER, CA 95301

DEAR MARCO D. DUNCAN:

The Drug Enforcement Administration (DEA) has received your Freedom of Information/Privacy Act (FOI/PA) request and placed it on a list of requests awaiting processing. In order to expedite all requests that require retrieval, processing and duplication of documents, your request will be handled in chronological order based on the date of this letter.

Your request has been assigned the above number. Please include this number in any future correspondence to this office regarding this request.

This letter confirms your obligation that by filing your request, you have implicitly agreed to pay all applicable fees charged under 28 C.F.R. 16.11, up to $25.00, unless you seek a waiver of fees (28 C.F.R. 16.3 (c)).

Please be assured that your request is being handled as equitably as possible. Upon completion of the processing, you will be notified of all applicable fees, and payment will be required prior to release of any records. If there are not fees associated with the processing of your request, all documents that can be released will be made available to you at the earliest possible date.

Sincerely,

Katherine L. Myrick
Chief, Operations Unit
FOI/Records Management Section

# EXHIBIT C

**U.S. Department of Justice**

**Drug Enforcement Administration**

AUG 1 1 2004

*Washington, D.C. 20537*

Request Number:     04-1519-P

Subject of Request:     DUNCAN, MARCO D.

USP ATWATER
P.O. BOX 019001
ATWATER, CA 95301

DEAR MARCO D. DUNCAN:

Your Freedom of Information/Privacy Act (FOI/PA) request seeking information from the Drug Enforcement Administration (DEA) has been processed. The paragraphs checked below apply:

[  ] A determination has been made to deny your request pursuant to subsections of the Privacy Act and/or Freedom of Information Act referenced at the end of this letter. The exemption number(s) indicated by a mark appearing in the block to the left of the subsection cited constitutes the authority for withholding the deleted material. An attachment to this letter explains these exemptions in more detail.

[ X ] The processing of your request identified certain materials that will be released to you. Portions not released are being withheld pursuant to the Freedom of Information Act, 5 U.S.C. 552, and/or the Privacy Act, 5 U.S.C. 552a. Please refer to the list enclosed with this letter that identifies the authority for withholding the deleted material, which is indicated by a mark appearing in the block next to the exemption. An additional enclosure with this letter explains these exemptions in more detail.

[ X ] The documents are being forwarded to you with this letter.

[ X ] The rules and regulations of the Drug Enforcement Administration applicable to Freedom of Information Act requests are contained in the Code of Federal Regulations, Title 28, Part 16, as amended. They are published in the Federal Register and are available for inspection by members of the public.

[  ] Certain DEA documents contained information furnished by another government agency. DEA is in the process of consulting with that agency before granting access to the documents in accordance with 28 C.F.R 16.4 and/or 16.42. You will be notified if more material is available for release pending results from that consultation.

[  ] Certain DEA files contain information that was furnished by another government agency or agencies. That information and a copy of your request have been referred for a decision as to access and the agency or agencies involved will respond directly to you in accordance with 28 C.F.R 16.4 and/or 16.42.

[X  ] If you wish to appeal any denial of your request, you may do so within sixty (60) days pursuant to 28 C.F.R. 16.9. The appeal should be sent to the following address, with the envelope marked "FOIA Appeal":

> Co-Director
> Office of Information and Privacy
> FLAG Building, Suite 570
> Washington, D.C. 20530

[  ]  For further information, see attached comments page.

Sincerely,

Katherine L. Myrick
Chief, Operations Unit
FOI/Records Management Section
Drug Enforcement Administration
Washington, D.C. 20537

| | |
|---|---|
| Number of Pages Withheld: | 012 |
| Number of Pages Released: | 029 |
| Number of Pages Referred to another agency: | 000 |

## APPLICABLE SECTIONS OF THE FREEDOM OF INFORMATION AND/OR PRIVACY ACT:

| Freedom of Information Act 5 U.S.C. 552 | | | Privacy Act 5 U.S.C. 552a | |
|---|---|---|---|---|
| [  ] (b)(1) | [  ] (b)(5) | [ X ] (b)(7)(C) | [  ] (d)(5) | [  ] (k)(2) |
| [ X ] (b)(2) | [  ] (b)(6) | [ X ] (b)(7)(D) | [ X ] (j)(2) | [  ] (k)(5) |
| [  ] (b)(3) | [  ] (b)(7)(A) | [  ] (b)(7)(E) | [  ] (k)(1) | [  ] (k)(6) |
| [  ] (b)(4) | [  ] (b)(7)(B) | [ X ] (b)(7)(F) | | |

## FREEDOM OF INFORMATION ACT
### SUBSECTIONS OF TITLE 5, UNITED STATES CODE, SECTION 552

(b)(1) Information which is currently and properly classified pursuant to Executive Order in the interest of the national defense or foreign policy.

(b)(2) Materials related solely to the internal rules and practices of DEA.

(b)(3) Information specifically exempted from disclosure by another federal statute.

(b)(4) Privileged or confidential information obtained from a person, usually involving commercial or financial matters.

(b)(5) Inter-agency or intra-agency documents which are subject to a privilege, such as documents the disclosure of which would have an inhibitive effect upon the development of policy and administrative direction, or which represent the work product of an attorney, or which reflect confidential communications between a client and an attorney.

(b)(6) Materials contained in sensitive records such as personnel or medical files, the disclosure of which would constitute a clearly unwarranted invasion of personal privacy.

(b)(7) Records or information compiled for law enforcement purposes, but only to the extent that the production of such law enforcement records or information (A) could reasonably be expected to interfere with enforcement proceedings; (B) would deprive a person of a right to a fair trial or an impartial adjudication; (C) could reasonably be expected to constitute an unwarranted invasion of personal privacy; (D) could reasonably be expected to disclose the identity of a confidential source, including a State, local or foreign agency or authority or any private institution which furnished information on a confidential basis; and, in the case of a record or information compiled by a criminal law enforcement authority in the course of a criminal investigation, or by an agency conducting a lawful national security intelligence investigation, information furnished by a confidential source; (E) would disclose techniques and procedures for law enforcement investigations or prosecutions or would disclose guidelines for law enforcement investigations or prosecutions if such disclosure could reasonably be expected to risk circumvention of the law, or (F) could reasonably be expected to endanger the life or physical safety of any individual.

## PRIVACY ACT
### SUBSECTIONS OF TITLE 5, UNITED STATES CODE, SECTION 552a

(d)(5) Materials compiled in reasonable anticipation of a civil action or proceeding.

(j)(2) Material reporting investigative efforts pertaining to the enforcement of criminal law including efforts to prevent, control, or reduce crime or apprehend criminals.

(k)(1) Information which is currently and properly classified pursuant to Executive Order in the interest of the national defense or foreign policy.

(k)(2) Material compiled during civil investigations for law enforcement purposes.

(k)(5) Investigatory material compiled solely for the purpose of determining suitability, eligibility, or qualifications for Federal civilian employment or for access to classified information, the disclosure of which would reveal the identity of the person who furnished information pursuant to an express promise that his identity would be held in confidence, or pursuant to an implied promise of confidentiality if such information was furnished prior to September 27, 1975.

(k)(6) The substance of tests used to determine individual qualifications for appointment or promotion in Federal Government Service.

# EXHIBIT D



**U. S. Department of Justice**

Drug Enforcement Administration
Office of Chief Counsel
Administrative Law Section

---

*www.dea.gov*

SEP 1 8 2006

Mr. Marco D. Duncan
#37679-048
USP Atwater
P.O. Box 019001
Atwater, CA 95301

Re: *Marco D. Duncan v. Drug Enforcement Administration*, CA 06-1032 GK
    DEA FOIA Request No. 04-1519-P

Dear Mr. Duncan:

    Enclosed please find portions of 3 pages of material, responsive to your Freedom of Information Privacy Act/Request dated July 14, 2004, that is the subject of the above entitled litigation. Information is withheld on these pages pursuant to Freedom of Information Exemptions (b)(2), (b)(7)(C), and (b)(7)(F), and Privacy Act (j)(2).

    This release is made pursuant to a litigation review. It was determined from the review that pages 13 and 23, previously withheld in their entirety, should be released in part. Similarly, page 41, previously released, contains additional releasable information.

                    Sincerely,

                    William C. Little, Jr.
                    Senior Attorney
                    Administrative Law Section

CCA Chron
CCA File
Document name:H:MyDocuments:lwassom/correspondence/relduncan.wpd.9/18/06

# EXHIBIT E



**U. S. Department of Justice**
Drug Enforcement Administration
Office of Chief Counsel
Administrative Law Section

_____

*www.dea.gov*

SEP 2 7 2006

Mr. Marco D. Duncan
#37679-048
USP Atwater
P.O. Box 019001
Atwater, CA 95301

Re: *Marco D. Duncan v. Drug Enforcement Administration*, CA 06-1032 GK
    DEA FOIA Request No. 04-1519-P

Dear Mr. Duncan:

    Enclosed please find portions of 1 page of material, responsive to your Freedom of Information Privacy Act/Request dated July 14, 2004, that is the subject of the above entitled litigation. Information is withheld on this page pursuant to Freedom of Information Exemptions (b)(2), (b)(7)(C), and (b)(7)(F), and Privacy Act (j)(2).

    This release is made pursuant to a litigation review. It was determined from the review that page 24, previously released, contains additional releasable information.

                                    Sincerely,


                                    William C. Little, Jr.
                                    Senior Attorney
                                    Administrative Law Section



CCA Chron
CCA File *WCL 9/27/06*
Document name:H:MyDocuments:lwassom/correspondence/relduncan2.wpd.9/27/06

# EXHIBIT F

DATE: 7-5-05   #37679048         CERTIFIED   NO. 7005-0390-0001-2156-
                                                              2681

FROM: Marco Duncan
      USP Atwater
      P.O. Box 019001
      Atwater, CA. 95301

TO: U.S. Department of Justice
    Drug Enforcement Administration
    WASHINGTON, DC. 20537

RE: Freedom of information request for the entire central File Title: Albert Howard DEAFile
#KV-01-0014 and [G-DEP] Identifier #XNC3R said information is in conjunction with my criminal Case
                                                                      #3; 02cr20-RV

    Pursuant to Title 5 of the United States Code and any other
relevant provision of your agencies regulations covering access
to the right of Freedom of Information, I hereby
identify myself as: Marco D. Duncan

    I make this request for any and all materials for the
entire central file that your agency and any other agencies
under your supervision, as may be referred to below, has
compiled to date relating to me, and a list of whatever
information your agency or other branches thereof under your
your supervision may have designated in this file or any portion
thereof, and the reason for each designation, and the name of
the person and his or her title requesting same.

    I would like for this request to be fulfilled and completed
as soon as time permits pursuant to section (d), paragraph (1)
of the Privacy Act of 1974. I am also requesting a copy of the
applicable regulations of your agency as may be provided for
under the Freedom of Information Act so that I may adhere to the
approved rules and regulations for your agency.

    As you are aware, investigation records compiled for law
enforcement agencies are no longer generally exempted from
disclosure, but may be inspected in camera by the United States
Courts to determine whether they fall within any of the six
specified accepted categories of investigations records
subscribed in the Act.

    If for any reason it is determined that portions of the
materials requested are exempted under some recognizable
category under the Freedom of Information Act, or Privacy Act of
1974, then I request that any such exempted materials be indexed
and itemized with a detailed justification for any exclusion
made under the authority of Vaughn v. Rosen, 484 F.2d 820 (D.C.
Cir. 1973), or other similar authorities.

(1)

However, I do request to obtain those documents as soon as possible pursuant to Title 5 United States Code §552(a)(6)(A)(i), and in no way waive my right to the entire file, which after I have examined the material you do send, I may still choose to review by appeal with respect to any excluded portions.

As you are also aware, the new Anti-Terrorism Effective Death Penalty Act, enacted in 1996, constrains Title 28 United States Code §2255 pleadings to a "one year time limitation" for filing purposes. I am presently in the process of filing and gathering information for a §2255 motion before the Court. If because of a backlog of FOIA/PA requests, as I realize your agency is busy, simply notify me by Certified Mail of same, so that I can notify and/or request the Court to toll the one year time limitation pursuant to Edmond v. U.S. Attorney, 959 F.Supp. 1 (D.D.C. 1997), and similar authorities.

Thank you for your time and consideration in this most important matter to me. I look forward to hearing from you.

Sincerely,

(2)

# CERTIFICATION OF IDENTITY

TC                                                           on

FROM:

FULL NAME OF REQUESTER: Marco Damon Duncan

CURRENT ADDRESS: USP ATWATER PO BOX 019001 ATWATER,CA 95301

DATE OF BIRTH: 9-8-71

PLACE OF BIRTH: Berkley, CA.

SSN: 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

I attest to the fact that the above is true and correct under
the penalty of perjury and the laws of the United States of
America.

     And that I am the person who has authenticated and
affixed his signature and right thumb print to further
certify that indeed I am said person described above.

Signature: Marco Duncan

Date: 7-5-05



^Right Thumb Print^

# EXHIBIT G



U.S. Department of Justice

Drug Enforcement Administration

July 28, 2005

*Case Number: 05-1295-P*

*Subject of Request: DUNCAN, MARCO*

Marco D. Duncan #37679-048
USP Atwater
P.O. Box 019001
Atwater, California 95301

Dear Mr. Duncan:

The Drug Enforcement Administration (DEA) has received your Freedom of Information/Privacy Act (FOI/PA) request and placed it on a list of requests waiting processing. In order to expedite all requests that require retrieval, processing and duplication of documents, your request will be handled in chronological order based on the date of this letter.

Your request has been assigned the above number. Please include this number in any future correspondence to this office regarding this request.

This letter confirms your obligation that by filing your request, you have implicitly agreed to pay all applicable fees charged under 28 C.F.R. 16.11, up to $25.00, unless you seek a waiver of fees (28 C.F.R. 16.3(c)).

Please be assured that your request is being handled as equitably as possible. Upon completion of the processing, you will be notified of all applicable fees, and payment will be required prior to release of any records. If there are no fees associated with the processing of your request, all documents that can be released will be made available to you at the earliest possible date.

Sincerely,

*Katherine L. Myrick*

Katherine L. Myrick
Chief, Operations Unit
FOI/Records Management Section

# EXHIBIT H

U.S. Department of Justice

Drug Enforcement Administration

**SEP 0 8 2005**

Case Number: 05-1295-P

Case Subject: DUNCAN, MARCO

Previous DEA Case Number: 04-1519-P

Marco D. Duncan #37679-048
USP Atwater
P.O. Box 019001
Atwater, CA 95301

Dear Marco D. Duncan:

This is in response to your Freedom of Information/Privacy Acts request letter dated July 5, 2005, to Drug Enforcement Administration requesting " ... any and all materials for the entire central file that your agency and any other agencies ... relating to me ...." We have reviewed your request and have made the following final determination.

A request from you has been processed previously under the above referenced DEA request number. No further information other than that previously sent is available to you. Therefore, no further action will be taken regarding this request, and it will be administratively closed. For further information, please refer to the above previously processed DEA case number 04-1519-P.

Sincerely,

Katherine L. Myrick

Katherine L. Myrick
Chief, Operations Unit
FOI/Records Management Section

79/64

# EXHIBIT I

06-0295

PA
A
DEA

Rec'd 10-24-05

Co-Director                                              RECEIVED    10-17-05

I wish to appeal the denial of my request #05-1295-P. This request was not the same as the previous request #04-1519-P. In the first request I specifically asked for DEA 6 forms and that is what I recieved. In this last request I asked for the entire central file. Further I requested that this agency provide me a Vaughn Index outlining a list of the records. I was not given none of the above. Also in request #04-1519-P there were a number of pages withheld. Without a Vaughn Index outlining the withheld items. I am unsure as to how I could appeal. Since these records are presumptively material to my criminal case please provide me with the entire file or records and please do not redact any records.

Thank You
Marco Duncan

App

# EXHIBIT J

**U.S. Department ● Justice**

Office of Information and Privacy

Telephone: (202) 514-3642

*Washington, D.C. 20530*

OCT 2 8 2005

A 01V-0P

Mr. Marco Duncan
Register No. 37679-048
United States Penitentiary
P.O. Box 019001
Atwater, CA 95301

Re:  Request No. 05-1295-P

Dear Mr. Duncan:

This is to advise you that your administrative appeal from the action of the Drug Enforcement Administration on your request for information from the files of the Department of Justice was received by this Office on October 24, 2005.

The Office of Information and Privacy, which has the responsibility of adjudicating such appeals, has a substantial backlog of pending appeals received prior to yours. In an attempt to afford each appellant equal and impartial treatment, we have adopted a general practice of assigning appeals in the approximate order of receipt. Your appeal has been assigned number **06-0295**. Please mention this number in any future correspondence to this Office regarding this matter.

We will notify you of the decision on your appeal as soon as we can. The necessity of this delay is regretted and your continuing courtesy is appreciated.

Sincerely,

Priscilla Jones
Chief, Administrative Staff

DEA

# EXHIBIT K

**U.S. Department of Justice**

Office of Information and Privacy

_Telephone: (202) 514-3642_                      _Washington, D.C. 20530_

**MAR 0 8 2006**

Mr. Marco Duncan
Register No. 37679-048
United States Penitentiary            Re:    Appeal No. 06-0295
Post Office Box 019001                       Request No. 05-1295-P
Atwater, CA  95301                            BVE:GLB:JTR

Dear Mr. Duncan:

You appealed from the action of the Drug Enforcement Administration on your request for access to records concerning yourself. Specifically, you challenge the DEA's assertion that you were previously released the records that you now are seeking, and also ask that you be provided "a Vaughn Index outlining a list of the records."

After carefully considering your appeal, I have decided to affirm the DEA's action on your request. In your previous request to the DEA, No. 04-1519-P, dated July 14, 2004, you requested DEA 6 forms and video tapes. The DEA treated that request as one for all records concerning you. In response to it the DEA provided you with all responsive records that it could locate in its files, which totaled twenty-nine pages and included forms other than DEA 6s, such as DEA 7, DEA 202, and DEA 212.

By letter July 5, 2005, you requested information from the DEA similar to that which had been released to you on August 11, 2004. I have been informed that the DEA has created no additional records concerning you since that release was made. If you would like to receive an additional copy of the records previously released to you, you may make a new request directly to the DEA. To the extent that you are attempting to appeal the withholdings in the DEA's August 11, 2004 release, I am denying it as untimely. See Oglesby v. Dep't of the Army, 920 F.2d 57, 65 (D.C. Cir. 1990). Pursuant to 28 C.F.R. § 16.9(a) (2005), the Department of Justice must receive your appeal "within 60 days of the date of the letter denying your request."

Furthermore, I am denying your request that we itemize and justify each item of the information withheld. You are not entitled to such a listing at the administrative stage of processing Freedom of Information Act requests and appeals. See Judicial Watch v. Clinton, 880 F. Supp. 1, 10 (D.D.C. 1995).

DEA

-2-

Finally, regarding your comment that the requested records "are presumptively material to [your] criminal case," please be advised that the FOIA is not designed to be a discovery tool, and neither the Jencks Act nor <u>Brady v. Maryland</u> has any applicability to FOIA requests. <u>See, e.g., Johnson v. United States Department of Justice</u>, 758 F. Supp. 2, 5 (D.D.C. 1991).

If you are dissatisfied with my action on your appeal, you may seek judicial review in accordance with 5 U.S.C. § 552(a)(4)(B).

Sincerely,

Daniel J. Metcalfe
Director

By:

Janice G. McLeod
Senior Counsel

# EXHIBIT L

U.S. Department of Justice

United States Marshals Service

*Office of General Counsel*

---

*Washington, DC 20530-1000*

OCT 2 2005

MEMORANDUM

TO:    Drug Enforcement Administration
       Katherine L. Myrick
       Chief, Freedom of Information Operations Unit

FROM:  *Aeleta D. Cunningham*
       William E. Bordley
       Associate General Counsel/FOIPA Officer
       Office of General Counsel

SUBJECT:    **FOIA Request No. 2005USMS8588, Marco Duncan, Reg. No. 37679-048**

In searching our files pursuant to a Freedom of Information Act request by the above-named individual, this Bureau located three (3) pages of documents which originated with or contain information which originated with your agency. Pursuant to 28 C.F.R. § 16.42(c), these documents are being referred to your office for action and direct response to the requester. Information related solely to internal personnel rules and practices of an agency and the names of third-party individuals, the disclosure of which could reasonably be expected to constitute an unwarranted invasion of personal privacy, are being withheld pursuant to exemptions 2 and 7(C). Please provide a copy of your determination letter to this office.

A copy of said documents and the FOI/PA request is attached. Please contact Kevin D. King on (202) 307-9054 if you have any questions.

Attachments

OPERATIONS UNIT
SARO
2005 OCT 27 PM 1: 50

# EXHIBIT M





**U.S. Department of Justice**

Drug Enforcement Administration

---

November 15, 2005

*Request Number: 06-0114-P*

*Subject of Request: DEA FILE NO. KV-01-0014 - ANY/ALL VEHICLE IMPOUND FORMS, INVENTORY LISTS, RELATED ARREST REPORTS AND LIST OF EVIDENCE*

*Referred to DEA by: United States Marshals Service*

Marco Damon Duncan #37679-048
USP Atwater
P.O. Box 019001
Atwater, CA 95301

Dear Marco Damon Duncan:

      In response to your request for documents from the above agency, the Drug Enforcement Administration (DEA) has been asked to review certain materials which originated within DEA. In order to expedite all requests, your request will be handled in chronological order based on the date of this letter.

      Your request has been assigned the above number. Please include this number in any future correspondence to this office regarding this request.

      This letter confirms your obligation that by filing your request, you have implicitly agreed to pay all applicable fees charged under 28 C.F.R. 16.11, up to $25.00, unless you seek a waiver of fees (28 C.F.R.16.3©).

      Please be assured that your request is being handled as equitably as possible. Upon completion of the processing, you will be notified of chargeable fees, and payment will be required prior to release of any records. If there are no fees associated with the processing of your request, all documents that can be release will be made available to you at the earliest possible date.

Sincerely,

Katherine L. Myrick
Chief, Operations Unit
FOI/Records Management Section

# EXHIBIT N

**U.S. Department of Justice**

Drug Enforcement Administration

DEC 1 5 2005

Case Number: 06-0114-P

Subject: DEA FILE NO. KV-01-0014 - ANY/ALL VEHICLE IMPOUND FORMS, INVENTORY
LISTS, RELATED ARREST REPORTS AND LIST OF EVIDENCE

Referred to DEA By: U.S. MARSHALS SERVICE / OFFICE OF THE GENERAL COUNSEL

Marco Damon Duncan #37679-048
USP Atwater
P.O. Box 019001
Atwater, CA 95301

Dear Marco Damon Duncan:

  The Drug Enforcement Administration (DEA) has completed its review of the referred
document (3 pages) pursuant to your Freedom of Information/Privacy Act request to the above
agency.

  The processing of your request identified certain materials that will be released to you with
this letter. Portions not released are being withheld pursuant to the Freedom of Information Act, 5
U.S.C. 552 and/or the Privacy Act, 5 U.S.C. 552a. Please refer to the list enclosed with this letter
that identifies the authority for withholding the deleted material, which is indicated by a mark
appearing in the block next to the exemption. An additional enclosure with this letter explains these
exemptions in more detail.

  If you wish to appeal any denial of your request, you may do so within sixty (60) days
pursuant to 28 C.F.R. 16.9. The appeal should be sent to the following address, with the envelope
marked "FOIA Appeal":

CO-DIRECTOR
OFFICE OF INFORMATION AND PRIVACY
FLAG BUILDING, SUITE 570
WASHINGTON, D.C. 20530

       Sincerely,

       Katherine L. Myrick
       Chief Operations Unit
       FOI/Records Management

Number of Pages Withheld: **0**

Number of Pages Released: **3**

DEA Case Number 06-0114-P

Applicable sections of the Freedom of Information and/or Privacy Act:

| **Freedom of Information Act**<br>**5 U.S.C. 522** | | | **Privacy Act**<br>**5 U.S.C. 552a** | |
|---|---|---|---|---|
| [ ] (b)(1) | [ ] (b)(5) | [x ] (b)(7)(C) | [ ] (d)(5) | [ ] (k)(2) |
| [x ] (b)(2) | [ ] (b)(6) | [ ] (b)(7)(D) | [x ] (j)(2) | [ ] (k)(5) |
| [ ] (b)(3) | [ ] (b)(7)(A) | [ ] (b)(7)(E) | [ ] (k)(1) | [ ] (k)(6) |
| [ ] (b)(4) | [ ] (b)(7)(B) | [ ] (b)(7)(F) | | |

FREEDOM OF INFORMATION ACT
SUBSECTIONS OF TITLE 5, UNITED STATES CODE, SECTION 552

(b)(1) Information which is currently and properly classified pursuant to Executive Order in the interest of the national defense or foreign policy.

(b)(2) Materials related solely to the internal rules and practices of DEA.

(b)(3) Information specifically exempted from disclosure by another federal statute.

(b)(4) Privileged or confidential information obtained from a person, usually involving commercial or financial matters.

(b)(5) Inter-agency or intra-agency documents which are subject to a privilege, such as documents the disclosure of which would have an inhibitive effect upon the development of policy and administrative direction, or which represent the work product of an attorney, or which reflect confidential communications between a client and an attorney.

(b)(6) Materials contained in sensitive records such as personnel or medical files, the disclosure of which would constitute a clearly unwarranted invasion of personal privacy.

(b)(7) Records or information compiled for law enforcement purposes, but only to the extent that the production of such law enforcement records or information (A) could reasonably be expected to interfere with enforcement proceedings; (B) would deprive a person of a right to a fair trial or an impartial adjudication; (C) could reasonably be expected to constitute an unwarranted invasion of personal privacy; (D) could reasonably be expected to disclose the identity of a confidential source, including a State, local or foreign agency or authority or any private institution which furnished information on a confidential basis; and, in the case of a record or information compiled by a criminal law enforcement authority in the course of a criminal investigation, or by an agency conducting a lawful national security intelligence investigation, information furnished by a confidential source; (E) would disclose techniques and procedures for law enforcement investigations or prosecutions or would disclose guidelines for law enforcement investigations or prosecutions if such disclosure could reasonably be expected to risk circumvention of the law, or (F) could reasonably be expected to endanger the life or physical safety of any individual.


PRIVACY ACT
SUBSECTIONS OF TITLE 5, UNITED STATES CODE, SECTION 552a

(d)(5) Materials compiled in reasonable anticipation of a civil action or proceeding.

(j)(2) Material reporting investigative efforts pertaining to the enforcement of criminal law including efforts to prevent, control, or reduce crime or apprehend criminals.

(k)(1) Information which is currently and properly classified pursuant to Executive Order in the interest of the national defense or foreign policy.

(k)(2) Material compiled during civil investigations for law enforcement purposes.

(k)(5) Investigatory material compiled solely for the purpose of determining suitability, eligibility, or qualifications for Federal civilian employment or for access to classified information, the disclosure of which would reveal the identity of the person who furnished information pursuant to an express promise that his identity would be held in confidence, or pursuant to an implied promise of confidentiality if such information was furnished prior to September 27, 1975.

(k)(6) The substance of tests used to determine individual qualifications for appointment or promotion in Federal Government Service.

# EXHIBIT O



**U.S. Department of Justice**

United States Marshals Service

*Office of General Counsel*

---

*Washington, DC 20530-1000*

December 19, 2005

MEMORANDUM TO:   Katherine L. Myrick, Chief
Freedom of Information Operations Unit
Drug Enforcement Administration
Department of Justice
700 Army Navy Drive
Arlington, VA   22202

FROM:   William E. Bordley
Associate General Counsel/FOIPA Officer
Office of General Counsel

SUBJECT:   FOI/PA Request No. 2005USMS8601
Requester: Marco D. Duncan

In searching our files with respect to the above request, we located eight pages of documents which originated with or contain information furnished by your agency. Pursuant to 28 C.F.R. § 16.4(c)(2), these documents are being referred to your office for action and direct response to the requester. We are withholding the names of USMS employees and third-party individuals pursuant to exemption 7(C). Please provide this office with a copy of your response letter to the requester.

A copy of the responsive documents and the request is attached. If you have any questions, please contact Arleta D. Cunningham on (202) 307-9052.

Attachments

# EXHIBIT P



**U.S. Department of Justice**
Drug Enforcement Administration

_Request Number: 06-0375-P_

_Subject of Request: DUNCAN, MARCO D. (DEA FILE NO. KV-01-0014)_

_Referred to DEA by: USMS_

Marco Damon Duncan
USP Atwater
P.O. Box 019001
Atwater, CA  95301

Dear Marco Damon Duncan:

In response to your request for documents from the above agency, the Drug Enforcement Administration (DEA) has been asked to review certain materials which originated within DEA. In order to expedite all requests, your request will be handled in chronological order based on the date of this letter.

Your request has been assigned the above number. Please include this number in any future correspondence to this office regarding this request.

This letter confirms your obligation that by filing your request, you have implicitly agreed to pay all applicable fees charged under 28 C.F.R. 16.11, up to $25.00.

Please be assured that your request is being handled as equitably as possible. Upon completion of the processing, you will be notified of chargeable fees, and payment will be required prior to release of any records.  If there are no fees associated with the processing of your request, all documents that can be release will be made available to you at the earliest possible date.

Sincerely,

Katherine L. Myrick
Chief, Operations Unit
FOI/Records Management Section

# EXHIBIT Q



**U.S. Department of Justice**

Drug Enforcement Administration

MAR 0 1 2006

DEA Case Number: 06-0375-P

Requester: DUNCAN, MARCO DAMON

DEA FOI Specialist: Romona Ashby

Telephone Number: 202-307-7614

Referring Agency Control Number: 2005USMS8601

William E. Bordley
Associate General Counsel/FOIPA Officer
Office of the General Counsel
U.S. Marshals Service
Washington, D.C. 20530-1000

Dear William E. Bordley:

Pursuant to the above Freedom of Information/Privacy Act request, your agency recently referred documents *(8 pages)* to the Drug Enforcement Administration for review and direct response to the requester.

We have completed our review of the DEA information contained in the referred documents. Please be advised that seven of the eight referred pages originated within the USMS. Therefore, we are returning those seven pages to you for direct response to the requester. We have indicated by marginal notations those subsections of the FOI/PA that have been applied to excised portions.

A copy of our response to the requester is attached for your information. If you have any questions regarding this matter, please contact the above FOI Specialist.

Sincerely,

Katherine L. Myrick

Katherine L. Myrick
Chief, Operations Unit
FOI/Records Management Section

79 9

# EXHIBIT R



**U.S. Department Justice**

Drug Enforcement Administration

MAR 0 1 2006

---

DEA Case Number: 06-0375-P

Subject: DUNCAN, MARCO DAMON

Referred to DEA By: U.S. MARSHALS SERVICE / OFFICE OF THE GENERAL COUNSEL

Marco Damon Duncan
USP Atwater
P.O. Box 019001
Atwater, CA 95301

Dear Marco Damon Duncan:

The Drug Enforcement Administration (DEA) has completed its review of the referred documents *(8 pages)* pursuant to your Freedom of Information/Privacy Act request to the above agency.

The processing of your request identified certain materials that will be released to you. Portions not released are being withheld pursuant to the Freedom of Information Act, 5 U.S.C. 552 and/or the Privacy Act, 5 U.S.C. 552a. Please refer to the list enclosed with this letter that identifies the authority for withholding the deleted material, which is indicated by a mark appearing in the block next to the exemption. An additional enclosure with this letter explains these exemptions in more detail. The document is being forwarded to you with this letter.

Please be advised that seven of the eight referred pages contain information that was furnished by another government agency. That information and a copy of your request have been referred for a decision as to access and the agency involved will respond directly to you in accordance with 28 C.F.R 16.4 and/or 16.42.

If you wish to appeal any denial of your request, you may do so within sixty (60) days pursuant to 28 C.F.R. 16.9. The appeal should be sent to the following address, with the envelope marked "FOIA Appeal":

79| 9

# EXHIBIT S



**U. S. Department of Justice**
Drug Enforcement Administration
Office of Chief Counsel
Administrative Law Section

*www.dea.gov*

Mr. Marco D. Duncan
#37679-048
USP Atwater
P.O. Box 019001
Atwater, CA 95301

~~SEP 28 2006~~

Re: *Marco D. Duncan v. Drug Enforcement Administration*, CA 06-1032 GK
    DEA FOIA Request No. 05-1295-P

Dear Mr. Duncan:

    Enclosed please find portions of two (2) pages of material that are responsive to your Freedom of Information Privacy Act/Request to the Drug Enforcement Administration (DEA) dated July 5, 2005, that is the subject of the above entitled litigation. During the course of the litigation review, it was discovered that, at the time the above reference FOIA request was processed, the enclosed DEA Report of Investigation had been entered into the investigative file in which you were mentioned, but was overlooked. Information is withheld on these pages pursuant to Freedom of Information Exemptions (b)(2), (b)(7)(C), and (b)(7)(F), and Privacy Act (j)(2).

                        Sincerely,


                        William C. Little, Jr.
                        Senior Attorney
                        Administrative Law Section


CCA Chron
CCA File *9/28/06*
Document name:H:/lwassom/MyDocuments/correspondence/duncanrel3.wpd:09/28/06

# EXHIBIT T

## PAGE ITEMIZATION

**PAGE NUMBER:**    1
**DOCUMENT TYPE:** DEFENDANT DISPOSITION REPORT (DEA 210)

**DATE:**    OCTOBER 14, 2003

( X ) RELEASED
(   ) WITHHELD

**TO:**  CRIMINAL INVESTIGATIVE FILE

**FROM:**  DEA SPECIAL AGENT

**PURPOSE:**  FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|
| BLOCKS 5 | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(2) | G-DEP IDENTIFIER CODE |
| BLOCKS 6 | THIRD-PARTY NAMES | (b)(7)(C) | THIRD-PARTY NAMES |
| BLOCKS 24 & 25 | NAME OF LAW ENFORCEMENT OFFICERS | (b)(7)(C) | NAMES OF LAW ENFORCEMENT OFFICERS |

# PAGE ITEMIZATION

**PAGE NUMBER:**   2 ~ 3
**DOCUMENT TYPE:** PERSONAL HISTORY REPORT (DEA 202) PAGES 1 AND 2 OF 2

**DATE:**    JANUARY 25, 1999

( X ) **RELEASED**
(    ) **WITHHELD**

**TO:**  CRIMINAL INVESTIGATIVE FILE

**FROM:**  DEA SPECIAL AGENT

**PURPOSE:**  FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|
| PAGE 1: BLOCKS 1 & 44a | THIRD-PARTY NAMES | (b)(7)(C) | THIRD-PARTY NAMES |
|  | THIRD-PARTY IDENTIFIERS | (b)(2) | THIRD-PARTY NADDIS NUMBERS |
| BLOCKS 5, 44-46 | INTERNAL MARKINGS, IDENTIFIERS, AND OR PROCEDURES | (b)(2) | G-DEP IDENTIFIER CODE |
| BLOCKS 13, 14 & 37 | THIRD-PARTY IDENTIFIERS | (b)(7)(C) | THIRD-PARTY SOCIAL SECURITY, DRIVERS LICENSE AND NCIC NUMBERS |
| BLOCKS 68 & 74 | NAMES AND SIGNATURES OF LAW ENFORCEMENT OFFICERS | (b)(7)(C) (b)(7)(F) | NAMES AND SIGNATURES OF DEA SPECIAL AGENTS |

**PAGE ITEMIZATION**

**PAGE NUMBER:**    4 - 5
**DOCUMENT TYPE:** PERSONAL HISTORY REPORT (DEA 202) PAGES 1 AND 2 OF 2

**DATE:**    JANUARY 20, 1999

(   ) RELEASED
( X ) WITHHELD

**TO:**   CRIMINAL INVESTIGATIVE FILE

**FROM:**   DEA SPECIAL AGENT

**PURPOSE:**   FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| WHOLE REPORT; PAGE 1: BLOCKS 1, 8, 42a & 43 | THIRD-PARTIES NAMES & IDENTIFYING INFORMATION | (b)(7)(C) | NAMES AND INFORMATION RELATED TO THIRD-PARTIES |
| PAGE 1: BLOCKS 1, 11, 14, 15 43 | THIRD-PARTY IDENTIFIER | (b)(2) | THIRD-PARTY NADDIS NUMBERS |
| PAGE 1: BLOCKS 5, 44a & 46 | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(2) | G-DEP IDENTIFIER CODE |
| PAGE 2: BLOCKS 68, & 74 | NAMES OF LAW ENFORCEMENT OFFICERS | (b)(7)(C) (b)(7)(F) | NAMES OF DEA SPECIAL AGENTS |

## PAGE ITEMIZATION

PAGE NUMBER:   6 - 7
DOCUMENT TYPE: PERSONAL HISTORY REPORT (DEA 202) PAGES 1 AND 2 OF 2

DATE:        JANUARY 24, 2003

(   ) RELEASED
( X ) WITHHELD

TO:  CRIMINAL INVESTIGATIVE FILE

FROM:  DEA SPECIAL AGENT

PURPOSE:  FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| WHOLE REPORT; PAGE 1: BLOCKS 1, 8, 42a & 44a | THIRD-PARTIES NAMES & IDENTIFYING INFORMATION | (b)(7)(C) | NAMES AND INFORMATION RELATED TO THIRD-PARTIES |
| PAGE 1: BLOCKS 1, 14, 15 & 44b | THIRD-PARTY IDENTIFIER | (b)(2) | THIRD-PARTY NADDIS, FBI AND SOCIAL SECURITY NUMBERS |
| PAGE 1: BLOCKS 5 & 46 | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(2) | G-DEP IDENTIFIER CODE |
| PAGE 2: BLOCKS 68, 69, 74 & 75 | NAMES AND SIGNATURES OF LAW ENFORCEMENT OFFICERS | (b)(7)(C) (b)(7)(F) | NAMES OF DEA SPECIAL AGENTS PAGE 1: BLOCKS 5, 44a & 46 |

**PAGE ITEMIZATION**

**PAGE NUMBER:**  8 - 9
**DOCUMENT TYPE:** PERSONAL HISTORY REPORT (DEA 202) PAGES 1 AND 2 OF 2

**DATE:**  FEBRUARY 25, 2002

( ) RELEASED
( X ) WITHHELD

**TO:**  CRIMINAL INVESTIGATIVE FILE

**FROM:**  DEA SPECIAL AGENT

**PURPOSE:**  FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| WHOLE REPORT; PAGE 1: BLOCKS 1, 8, 42a & 44a | THIRD-PARTIES NAMES & IDENTIFYING INFORMATION | (b)(7)(C) | NAMES AND INFORMATION RELATED TO THIRD-PARTIES |
| PAGE 1: BLOCKS 1, 14, 15 & 44a | THIRD-PARTY IDENTIFIER | (b)(2) | THIRD-PARTY NADDIS, FBI AND SOCIAL SECURITY NUMBERS |
| PAGE 1: BLOCKS 5 & 46 | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(2) | G-DEP IDENTIFIER CODE |
| PAGE 2: BLOCKS 68 & 74 | NAMES AND SIGNATURES OF LAW ENFORCEMENT OFFICERS | (b)(7)(C) (b)(7)(F) | NAMES OF DEA SPECIAL AGENTS PAGE 1: BLOCKS 5, 44a & 46 |

PAGE ITEMIZATION

PAGE NUMBER:   10
DOCUMENT TYPE: ACQUISITION OF NON-DRUG PROPERTY/REGULATORY SEIZURES (DEA 7A)

DATE:    MARCH 10, 2004

( X ) RELEASED
(   ) WITHHELD

TO:  CRIMINAL INVESTIGATIVE FILE

FROM:  DEA SPECIAL AGENT

PURPOSE:  FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| BLOCK 4 | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(2) | G-DEP IDENTIFIER CODE |
| BLOCK 5 | THIRD-PARTY NAME | (B)(7)(C) | THIRD-PARTY-NAME |
| BLOCKS 13-15, 17, 18, 20 & 21 | NAMES & SIGNATURES OF LAW ENF. PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES OF SPECIAL AGENTS & SUPPORT PERSONNEL |

## PAGE ITEMIZATION

PAGE NUMBER:    11
DOCUMENT TYPE:  ACQUISITION OF NON-DRUG PROPERTY/REGULATORY SEIZURES (DEA 7A)

DATE:      APRIL 22, 2003

                                    ( X ) RELEASED
                                    (   ) WITHHELD

        TO:   CRIMINAL INVESTIGATIVE FILE

      FROM:   DEA SPECIAL AGENT

PURPOSE:  FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|
| BLOCK 4 | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(2) | G-DEP IDENTIFIER CODE |
| BLOCK 5 | THIRD-PARTY NAME | (B)(7)(C) | THIRD-PARTY-NAME |
| BLOCKS 13-15, 17, 18, 20 & 21 | NAMES & SIGNATURES OF LAW ENF. PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES OF SPECIAL AGENTS & SUPPORT PERSONNEL |

# PAGE ITEMIZATION

**PAGE NUMBER:**   12 - 13
**DOCUMENT TYPE:** REPORT OF INVESTIGATION (DEA 6 & 6a) PAGES 1 AND 2 0F 2

**DATE:**       OCTOBER 14, 2003

( X ) RELEASED
(   ) WITHHELD

**TO:**  CRIMINAL INVESTIGATIVE FILE

**FROM:**  DEA SPECIAL AGENT

**PURPOSE:**  FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|
| PAGE 1: BLOCK 4; PAGE 2: BLOCK 2 | INTERNAL MARKINGS & IDENTI-FIER | (b)(2) | G-DEP IDENTIFIER CODE |
| PAGE 1: BLOCKS 5, 12 & 14 | NAMES OF LAW ENF. PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES OF SPECIAL AGENTS & LAW ENFORCEMENT OFFICERS |
| PAGE 1: BLOCK 6; PARA 2, INDEXING SECTION; PAGE 2: INDEXING SECTION | THIRD PARTY NAMES | (b)(7)(C) | NAMES OF INDIVIDUALS |
| PAGE 1: BLOCK 6; PAGE 1 & 2: INDEXING SECTION | INTERNAL MARKINGS & IDENTI-FIER | (b)(2) | NADDIS IDENTIFIER CODES |

## PAGE ITEMIZATION

**PAGE NUMBER:**   14
**DOCUMENT TYPE:** REPORT OF INVESTIGATION (DEA 6)

**DATE:**     JULY 30, 2003

( X ) **RELEASED**
(    ) **WITHHELD**

**TO:**   CRIMINAL INVESTIGATIVE FILE

**FROM:**  DEA SPECIAL AGENT

**PURPOSE:**  FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|
| BLOCK 4 | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(2) | G-DEP IDENTIFIER CODE |
| BLOCKS 5, 9, 12 & 14 | NAMES OF LAW ENF. PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES OF SPECIAL AGENTS |
| BLOCK 6 | THIRD-PARTY NAMES AND INFORMATION | (b)(7)(C) | NAMES AND IDENTIFYING INFORMATION RELATED TO THIRD-PARTIES |
|  | THIRD-PARTY IDENTIFIER | (b)(2) | NADDIS IDENTIFIER CODES |

# PAGE ITEMIZATION

**PAGE NUMBER:**   15
**DOCUMENT TYPE:** REPORT OF INVESTIGATION (DEA 6)

**DATE:**   JUNE 26, 2003

( X ) RELEASED
(   ) WITHHELD

**TO:**   CRIMINAL INVESTIGATIVE FILE

**FROM:**   DEA SPECIAL AGENT

**PURPOSE:**   FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|
| BLOCK 4 | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(2) | G-DEP IDENTIFIER CODE |
| BLOCKS 5, 12 & 14 | NAMES OF LAW ENF. PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES OF SPECIAL AGENTS |
| BLOCKS 6, 10; DETAILS: PARA 2, 3 & 4; INDEXING SECTION | THIRD-PARTY NAMES AND INFORMATION | (b)(7)(C) | NAMES AND IDENTIFYING INFORMATION RELATED TO THIRD-PARTIES |
| INDEXING SECTION | THIRD-PARTY IDENTIFIER | (b)(2) | NADDIS IDENTIFIER CODES |

## PAGE ITEMIZATION

**PAGE NUMBER:**  16 – 18
**DOCUMENT TYPE:** REPORT OF INVESTIGATION (DEA 6 & 6a) PAGES 1 - 3 OF 3

**DATE:**    APRIL 22, 2003

( X ) **RELEASED**
(   ) **WITHHELD**

**TO:**  CRIMINAL INVESTIGATIVE FILE

**FROM:**  DEA SPECIAL AGENT

**PURPOSE:**  FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| PAGE 1: BLOCK 4; PAGES 2 & 3: BLOCK 2 | INTERNAL MARKINGS, IDENTI- FIERS, AND OR PROCEDURES | (b)(2) | G-DEP QUALITATIVE & QUANTITATIVE CRITERIA |
| PAGE 1: BLOCKS 5, 9, 12 & 14; DETAILS: PARA 1 ~ 5; BOTTOM MARGIN; PAGE 2: PARA 5; CUSTODY OF EVIDENCE: PARA 1-3 | NAMES AND INITIALS OF LAW ENF. PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES OF SPECIAL AGENTS |
| PAGE 1: BLOCK 6; PAGES 2 & 3: BLOCK 3; PAGE 3: VEHICLES SECTION | THIRD-PARTY NAMES AND INFORMATION | (b)(7)(C) | NAMES AND IDENTIFYING INFORMATION RELATED TO THIRD-PARTIES |
| PAGE 3: VEHICLES SECTION | THIRD-PARTY IDENTIFIER | (b)(2) | NADDIS IDENTIFIER CODES |

# PAGE ITEMIZATION

**PAGE NUMBER:**   19
**DOCUMENT TYPE:** REPORT OF INVESTIGATION (DEA 6)

**DATE:**     APRIL 4, 2003

( X ) RELEASED
(   ) WITHHELD

**TO:**   CRIMINAL INVESTIGATIVE FILE

**FROM:**   DEA SPECIAL AGENT

**PURPOSE:**   FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|
| BLOCK 4 | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(2) | G-DEP IDENTIFIER CODE |
| BLOCK 5, 12 & 14 | NAMES OF LAW ENF. PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES OF SPECIAL AGENTS |
| BLOCK 6, 10; DETAILS: PARA 2 & 3; INDEXING SECTION | THIRD-PARTY NAMES AND INFORMATION | (b)(7)(C) | NAMES AND IDENTIFYING INFORMATION RELATED TO THIRD-PARTIES |
| BLOCK 6; INDEXING SECTION | THIRD-PARTY IDENTIFIER | (b)(2) | NADDIS IDENTIFIER CODES |

## PAGE ITEMIZATION

**PAGE NUMBER:**  20 - 21
**DOCUMENT TYPE:** REPORT OF INVESTIGATION (DEA 6 & 6a) PAGES 1 AND 2 OF 2

**DATE:**  FEBRUARY 10, 2003

( X ) **RELEASED**
(   ) **WITHHELD**

**TO:**  CRIMINAL INVESTIGATIVE FILE

**FROM:**  DEA SPECIAL AGENT

**PURPOSE:**  FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| PAGE 1: BLOCK 4; PAGE 2: BLOCK 2 | INTERNAL MARKINGS & IDENTI-FIER | (b)(2) | G-DEP IDENTIFIER CODE |
| PAGE 1: BLOCKS 5, 9, 12 & 14; DETAILS: PARA 3-5 | NAMES OF LAW ENF. PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES OF SPECIAL AGENTS & LAW ENFORCEMENT OFFICERS |
| PAGE 1: BLOCKS 6 & 10; DETAILS: PARA 2-4; PAGE 2: BLOCK 3; INDEXING SECTION | THIRD-PARTY NAMES & INFORMATION | (b)(7)(C) | NAMES OF AND INFORMATION ABOUT THIRD-PARTIES |
| PAGE 2: INDEXING SECTION | INTERNAL MARKINGS & IDENTI-FIER | (b)(2) | NADDIS IDENTIFIER CODES |

## PAGE ITEMIZATION

**PAGE NUMBER:**   22 - 23
**DOCUMENT TYPE:** REPORT OF INVESTIGATION (DEA 6 & 6a) PAGES 1 AND 2 OF 2

**DATE:**   JANUARY 27, 2003

( X ) RELEASED
(   ) WITHHELD

**TO:**   CRIMINAL INVESTIGATIVE FILE

**FROM:**   DEA SPECIAL AGENT

**PURPOSE:**   FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|
| PAGE 1: BLOCK 4; PAGE 2: BLOCK 2 | INTERNAL MARKINGS & IDENTI-FIER | (b)(2) | G-DEP IDENTIFIER CODE |
| PAGE 1: BLOCKS 5, 12 & 14; DETAILS: PARA 3-5 | NAMES OF LAW ENF. PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES OF SPECIAL AGENTS & LAW ENFORCEMENT OFFICERS |
| PAGE 1: BLOCKS 6 & 10; DETAILS: PARA 2-4; PAGE 2: BLOCK 3; INDEXING SECTION | THIRD-PARTY NAMES & INFORMATION | (b)(7)(C) | NAMES OF AND INFORMATION ABOUT THIRD-PARTIES |
| PAGE 1: BLOCK 6; PAGE 2: INDEXING SECTION | INTERNAL MARKINGS & IDENTI-FIER | (b)(2) | NADDIS IDENTIFIER CODES |

## PAGE ITEMIZATION

**PAGE NUMBER:**   24
**DOCUMENT TYPE:** REPORT OF INVESTIGATION (DEA 6)

**DATE:**     JANUARY 13, 2003

( X ) **RELEASED**
(   ) **WITHHELD**

**TO:**   CRIMINAL INVESTIGATIVE FILE

**FROM:**  DEA SPECIAL AGENT

**PURPOSE:**  FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|
| BLOCK 4 | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(2) | G-DEP IDENTIFIER CODE |
| BLOCKS 5, 12 & 14; DETAILS: PARA 1 | NAMES OF LAW ENF. PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES OF SPECIAL AGENTS |
| BLOCK 6 | THIRD-PARTY NAMES AND INFORMATION | (b)(7)(C) | NAMES AND IDENTIFYING INFORMATION RELATED TO THIRD-PARTIES |
| BLOCK 6 | THIRD-PARTY IDENTIFIER | (b)(2) | NADDIS IDENTIFIER CODES |

## PAGE ITEMIZATION

**PAGE NUMBER:**   25
**DOCUMENT TYPE:** REPORT OF INVESTIGATION (DEA 6) PAGE 1 OF 2

**DATE:**     DECEMBER 20, 2002

( X ) RELEASED
(   ) WITHHELD

TO:  CRIMINAL INVESTIGATIVE FILE

FROM:  DEA SPECIAL AGENT

**PURPOSE:**  FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|
| BLOCK 4 | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(2) | G-DEP IDENTIFIER CODE |
| BLOCKS 5, 9, 12 & 14 | NAMES OF LAW ENF. PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES OF SPECIAL AGENTS |
| BLOCKS 6, 10; DETAILS: PARA 2 & 3 | THIRD-PARTY NAMES AND INFORMATION | (b)(7)(C) | NAMES AND IDENTIFYING INFORMATION RELATED TO THIRD-PARTIES |
| BLOCK 6 | THIRD-PARTY IDENTIFIER | (b)(2) | NADDIS IDENTIFIER CODES |

## PAGE ITEMIZATION

**PAGE NUMBER:**   26
**DOCUMENT TYPE:** REPORT OF INVESTIGATION (DEA 6a) ROI CONTINUATION PAGE 2 OF 2

**DATE:**        DECEMBER 20, 2002

(   ) **RELEASED**
( X ) **WITHHELD**

**TO:**  CRIMINAL INVESTIGATIVE FILE

**FROM:**  DEA SPECIAL AGENT

**PURPOSE:**  FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|
| BLOCK 2 | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(2) | G-DEP IDENTIFIER CODE |
| PARA 4-6; INDEXING SECTION | THIRD-PARTY NAMES AND INFORMATION | (b)(7)(C) | NAMES AND IDENTIFYING INFORMATION RELATED TO THIRD-PARTIES |
| BLOCK 6; INDEXING SECTION | THIRD-PARTY IDENTIFIER | (b)(2) | NADDIS IDENTIFIER CODES |

# PAGE ITEMIZATION

**PAGE NUMBER:**   27 - 28
**DOCUMENT TYPE:** REPORT OF INVESTIGATION (DEA 6 & 6a) PAGES 1 AND 2 OF 2

**DATE:**      SEPTEMBER 17, 2002

( X ) RELEASED
(   ) WITHHELD

**TO:**  CRIMINAL INVESTIGATIVE FILE

**FROM:**  DEA SPECIAL AGENT

**PURPOSE:**  FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| PAGE 1: BLOCK 4; PAGE 2: BLOCK 2 | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(2) | G-DEP IDENTIFIER CODE |
| PAGE 1: BLOCKS 5, 12 & 14; PAGE 2: CUSTODY OF EVIDENCE SECTION | NAMES OF LAW ENF. PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES OF SPECIAL AGENTS |
| PAGE 1: BLOCKS 6, 10; DETAILS: PARA 2 & 3; PAGE 2: CUSTODY OF EVIDENCE SECTION & INDEXING SECTION | THIRD-PARTY NAMES AND INFORMATION | (b)(7)(C) | NAMES AND IDENTIFYING INFORMATION RELATED TO THIRD-PARTIES |
| PAGE 2: INDEXING SECTION | THIRD-PARTY IDENTIFIER | (b)(2) | NADDIS IDENTIFIER CODES WHOLE PAGE |

# PAGE ITEMIZATION

**PAGE NUMBER:**  29
**DOCUMENT TYPE:** REPORT OF INVESTIGATION (DEA 6)

**DATE:**    JUNE 28, 2002

( X ) **RELEASED**
(   ) **WITHHELD**

**TO:**  CRIMINAL INVESTIGATIVE FILE

**FROM:**  DEA SPECIAL AGENT

**PURPOSE:**  FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| BLOCK 4 | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(2) | G-DEP IDENTIFIER CODE |
| BLOCKS 5, 12 & 14 | NAMES OF LAW ENF. PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES OF SPECIAL AGENTS |
| BLOCKS 6, 10; DETAILS: PARA 2 & 3; INDEXING SECTION | THIRD-PARTY NAMES AND INFORMATION | (b)(7)(C) | NAMES AND IDENTIFYING INFORMATION RELATED TO THIRD-PARTIES |
| BLOCKS 6; INDEXING SECTION | THIRD-PARTY IDENTIFIER | (b)(2) | NADDIS IDENTIFIER CODES |

# PAGE ITEMIZATION

PAGE NUMBER:    30
DOCUMENT TYPE: REPORT OF INVESTIGATION (DEA 6)

DATE:      JUNE 28, 2002

                                    ( X ) RELEASED
                                    (   ) WITHHELD

     TO:  CRIMINAL INVESTIGATIVE FILE

   FROM:  DEA SPECIAL AGENT

PURPOSE:  FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| BLOCK 4 | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(2) | G-DEP IDENTIFIER CODE |
| BLOCK 5, 12 & 14 | NAMES OF LAW ENF. PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES OF SPECIAL AGENTS |
| BLOCK 6 & 10; DETAILS: PARA 2 & 3; INDEXING SECTION | THIRD-PARTY NAMES AND INFORMATION | (b)(7)(C) | NAMES AND IDENTIFYING INFORMATION RELATED TO THIRD-PARTIES |
| BLOCK 6; INDEXING SECTION | THIRD-PARTY IDENTIFIER | (b)(2) | NADDIS IDENTIFIER CODES |

# PAGE ITEMIZATION

**PAGE NUMBER:**   31
**DOCUMENT TYPE:** REPORT OF INVESTIGATION (DEA 6)

**DATE:**    JUNE 3, 2002

( X ) RELEASED
(   ) WITHHELD

**TO:**  CRIMINAL INVESTIGATIVE FILE

**FROM:**  DEA SPECIAL AGENT

**PURPOSE:**  FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| BLOCK 4 | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(2) | G-DEP IDENTIFIER CODE |
| BLOCK 5, 12 & 14 | NAMES OF LAW ENF. PERSONNEL | (b)(7)(C)<br>(b)(7)(F) | NAMES OF SPECIAL AGENTS |
| BLOCK 6 & 10; DETAILS: PARA 2 & 3; INDEXING SECTION | THIRD-PARTY NAMES AND INFORMATION | (b)(7)(C) | NAMES AND IDENTIFYING INFORMATION RELATED TO THIRD-PARTIES |
| BLOCK 6; INDEXING SECTION | THIRD-PARTY IDENTIFIER | (b)(2) | NADDIS IDENTIFIER CODES |

**PAGE ITEMIZATION**

**PAGE NUMBER:**   32 - 33
**DOCUMENT TYPE:** REPORT OF INVESTIGATION (DEA 6 & 6a) PAGES 1 AND 2 OF 2

**DATE:**    MAY 28, 2002

( X ) **RELEASED**
(   ) **WITHHELD**

**TO:**   CRIMINAL INVESTIGATIVE FILE

**FROM:**   DEA SPECIAL AGENT

**PURPOSE:**   FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|
| PAGE 1: BLOCK 4; PAGE 2: BLOCK 2 | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(2) | G-DEP IDENTIFIER CODE |
| PAGE 1: BLOCKS 5, 9, 12 & 14 | NAMES OF LAW ENF. PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES OF SPECIAL AGENTS |
| PAGE 1: BLOCK 6; DETAILS: PARA 2-5; PAGE 2: PARA 5-7; INDEXING SECTION | THIRD-PARTY NAMES AND INFORMATION | (b)(7)(C) | NAMES AND IDENTIFYING INFORMATION RELATED TO THIRD-PARTIES |
| PAGE 2: INDEXING SECTION | THIRD-PARTY IDENTIFIER | (b)(2) | NADDIS IDENTIFIER CODES WHOLE PAGE |

# PAGE ITEMIZATION

**PAGE NUMBER:**   34
**DOCUMENT TYPE:** REPORT OF INVESTIGATION (DEA 6) PAGE 1 OF 2

**DATE:**   MARCH 28, 2002

( X ) **RELEASED**
(   ) **WITHHELD**

**TO:**   CRIMINAL INVESTIGATIVE FILE

**FROM:**   DEA SPECIAL AGENT

**PURPOSE:**   FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|
| BLOCK 4 | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(2) | G-DEP IDENTIFIER CODE |
| BLOCK 5, 9, 12 & 14 | NAMES OF LAW ENF. PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES OF SPECIAL AGENTS |
| BLOCK 6 & 10; DETAILS: PARA 2 & 3; INDEXING SECTION | THIRD-PARTY NAMES AND INFORMATION | (b)(7)(C) | NAMES AND IDENTIFYING INFORMATION RELATED TO THIRD-PARTIES |
| BLOCK 6; INDEXING SECTION | THIRD-PARTY IDENTIFIER | (b)(2) | NADDIS IDENTIFIER CODES |

**PAGE ITEMIZATION**

**PAGE NUMBER:**   35
**DOCUMENT TYPE:** REPORT OF INVESTIGATION (DEA 6a) PAGE 2 OF 2

**DATE:**     MARCH 28, 2002

                                            (   ) RELEASED
                                            ( X ) WITHHELD
        **TO:**  CRIMINAL INVESTIGATIVE FILE

     **FROM:**  DEA SPECIAL AGENT

**PURPOSE:**  FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|
| BLOCK 2 | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(2) | G-DEP IDENTIFIER CODE |
| BLOCK 3 | THIRD-PARTY INFORMATION | (b)(7)(C) | INVESTIGATIVE INFORMATION RELATED TO THIRD-PARTY |
| INDEXING SECTION | THIRD-PARTY NAMES | (b)(7)(C) | NAME OF INDIVIDUAL |
|  | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(2) | NADDIS IDENTIFIER CODES |

## PAGE ITEMIZATION

**PAGE NUMBER:**   36
**DOCUMENT TYPE:** REPORT OF INVESTIGATION (DEA 6) PAGE 1 OF 2

**DATE:**      MARCH 8, 2002

( X ) RELEASED
(   ) WITHHELD

**TO:**   CRIMINAL INVESTIGATIVE FILE

**FROM:**  DEA SPECIAL AGENT

**PURPOSE:**  FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|
| BLOCK 4 | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(2) | G-DEP IDENTIFIER CODE |
| BLOCK 5, 9, 12 & 14 | NAMES OF LAW ENF. PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES OF SPECIAL AGENTS |
| BLOCK 6 & 10; DETAILS: PARA 2 & 3; INDEXING SECTION | THIRD-PARTY NAMES AND INFORMATION | (b)(7)(C) | NAMES AND IDENTIFYING INFORMATION RELATED TO THIRD-PARTIES |

**PAGE ITEMIZATION**

**PAGE NUMBER:**   37
**DOCUMENT TYPE:** REPORT OF INVESTIGATION (DEA 6a) PAGE 2 OF 2

**DATE:**     MARCH 8, 2002

(   ) **RELEASED**
( X ) **WITHHELD**

**TO:**   CRIMINAL INVESTIGATIVE FILE

**FROM:**  DEA SPECIAL AGENT

**PURPOSE:**  FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|
| BLOCK 2 | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(2) | G-DEP IDENTIFIER CODE |
| BLOCK 3 | THIRD-PARTY INFORMATION | (b)(7)(C) | INVESTIGATIVE INFORMATION RELATED TO THIRD-PARTY |
| INDEXING SECTION | THIRD-PARTY NAMES | (b)(7)(C) | NAME OF INDIVIDUAL |
| | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(2) | NADDIS IDENTIFIER CODES |

## PAGE ITEMIZATION

**PAGE NUMBER:**   38
**DOCUMENT TYPE:** REPORT OF INVESTIGATION (DEA 6) PAGE 1 OF 2

**DATE:**   MARCH 8, 2002

( X ) RELEASED
(   ) WITHHELD

**TO:**  CRIMINAL INVESTIGATIVE FILE

**FROM:**  DEA SPECIAL AGENT

**PURPOSE:**  FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|
| BLOCK 4 | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(2) | G-DEP IDENTIFIER CODE |
| BLOCK 5, 9, 12 & 14 | NAMES OF LAW ENF. PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES OF SPECIAL AGENTS |
| BLOCK 6 & 10; DETAILS: PARA 2 & 3; INDEXING SECTION | THIRD-PARTY NAMES AND INFORMATION | (b)(7)(C) | NAMES AND IDENTIFYING INFORMATION RELATED TO THIRD-PARTIES |

# PAGE ITEMIZATION

**PAGE NUMBER:**   39
**DOCUMENT TYPE:** REPORT OF INVESTIGATION (DEA 6a) PAGE 2 OF 2

**DATE:**     MARCH 8, 2002

(   ) RELEASED
( X ) WITHHELD

**TO:**   CRIMINAL INVESTIGATIVE FILE

**FROM:**   DEA SPECIAL AGENT

**PURPOSE:**   FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| BLOCK 2 | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(2) | G-DEP IDENTIFIER CODE |
| BLOCK 3 | THIRD-PARTY INFORMATION | (b)(7)(C) | INVESTIGATIVE INFORMATION RELATED TO THIRD-PARTY |
| INDEXING SECTION | THIRD-PARTY NAMES | (b)(7)(C) | NAME OF INDIVIDUAL |
| | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(2) | NADDIS IDENTIFIER CODES |

# PAGE ITEMIZATION

**PAGE NUMBER:** 41
**DOCUMENT TYPE:** FUGITIVE CANCELLATION MEMORANDUM

**DATE:**     APRIL 22, 2003

                                    ( X ) RELEASED
                                    (   ) WITHHELD

       **TO:**  DEA SPECIAL AGENT

     **FROM:**  DEA HEADQUARTERS

**PURPOSE:**  NOTIFICATION OF APPREHENSION OF SUBJECT

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|
| SENDER SECTION: | NAMES AND SIGNATURES OF LAW ENF. PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES & SIGNATURES OF SPECIAL AGENTS |
| TOP OF PAGE; SALUTATION; BOTTOM OF PAGE: | INTERNAL OFFICE TELEPHONE NUMBERS | (b)(2) | TELEPHONE NUMBERS OF INDIVIDUALS |
| PARA B | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(2) | G-DEP CODE |

**PAGE ITEMIZATION**

**PAGE NUMBER:**    42
**DOCUMENT TYPE:** UNITED STATES MARSHAL SERVICE PRINTOUT

**DATE:**        SEPTEMBER 28, 2005

                                                ( X ) **RELEASED**
                                                (   ) **WITHHELD**

        **TO:**   UNKNOWN

      **FROM:**   UNKNOWN

**PURPOSE:**   UNKNOWN

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|
| EQUITABLE SHARING SECTION: DAG-71 & 72 DATA: NCI/ORI | INTERNAL COMPUTER TERMINAL IDENTIFICATION CODES | (b)(2) | TERMINAL ADDRESS FOR COMPUTER USERS |

## PAGE ITEMIZATION

**PAGE NUMBER:**   43
**DOCUMENT TYPE:** UNITED STATES MARSHAL SERVICE PRINTOUT

**DATE:**      SEPTEMBER 28, 2005

( X ) RELEASED
(   ) WITHHELD

**TO:**  UNKNOWN

**FROM:**  UNKNOWN

**PURPOSE:**  UNKNOWN

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|
| EQUITABLE SHARING SECTION: DAG-71 & 72 DATA: NCI/ORI | INTERNAL COMPUTER TERMINAL IDENTIFICATION CODES | (b)(2) | TERMINAL ADDRESS FOR COMPUTER USERS |

## PAGE ITEMIZATION

**PAGE NUMBER:**   44
**DOCUMENT TYPE:** UNITED STATES MARSHAL SERVICE PRINTOUT

**DATE:**       SEPTEMBER 28, 2005

                                        ( X ) RELEASED
                                        (   ) WITHHELD

     **TO:**  UNKNOWN

   **FROM:**  UNKNOWN

**PURPOSE:**  UNKNOWN

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|
| EQUITABLE SHARING SECTION: DAG-71 & 72 DATA: NCI/ORI | INTERNAL COMPUTER TERMINAL IDENTIFICATION CODES | (b)(2) | TERMINAL ADDRESS FOR COMPUTER USERS |

## PAGE ITEMIZATION

**PAGE NUMBER:**  45
**DOCUMENT TYPE:** PERSONAL HISTORY REPORT (DEA 202) PAGES 1

**DATE:**  FEBRUARY 25, 2002

( X ) **RELEASED**
(   ) **WITHHELD**

**TO:**  CRIMINAL INVESTIGATIVE FILE

**FROM:**  DEA SPECIAL AGENT

**PURPOSE:**  FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|
| BLOCKS 1 & 44a | THIRD-PARTY NAMES | (b)(7)(C) | THIRD-PARTY NAMES |
|  | THIRD-PARTY IDENTIFIERS | (b)(2) | THIRD-PARTY NADDIS NUMBERS |
| BLOCK 5 | INTERNAL MARKINGS, IDENTIFIERS, AND OR PROCEDURES | (b)(2) | G-DEP IDENTIFIER CODE |

## PAGE ITEMIZATION

**PAGE NUMBER:**    46

**DOCUMENT TYPE:** USMS REPORT OF INVESTIGATION (USMS FORM-11)

**DATE:**    APRIL 17, 2003

( X ) RELEASED
(　 ) WITHHELD

**TO:**  CRIMINAL INVESTIGATIVE CASE FILE

**FROM:**  USMS SPECIAL AGENT

**PURPOSE:**  FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| NARRATIVE: PARA 1 | THIRD PARTY NAMES AND INFORMATION | (b)(7)(C) | THIRD PARTY NAME(S) & INVESTIGATIVE INFORMATION |
| PARA 1 | NAME OF DEA SPECIAL AGENT | (b)(7)(C) | NAME OF DEA SPECIAL AGENT |
| PARA 1 - 8 | IDENTITY OF A CONFIDENTIAL SOURCE | (b)(7)(D) | IDENTITY OF CONFIDENTIAL SOURCE |
|  | INFORMATION FROM A CONFIDENTIAL SOURCE | (b)(7)(D) | INFORMATION PROVIDED BY CONFIDENTIAL SOURCE |

**PAGE ITEMIZATION**

**PAGE NUMBER:**   47
**DOCUMENT TYPE:** USMS REPORT OF INVESTIGATION (USMS FORM-11)

**DATE:**      APRIL 22, 2003

( X ) **RELEASED**
(   ) **WITHHELD**

**TO:** CRIMINAL INVESTIGATIVE CASE FILE

**FROM:** USMS SPECIAL AGENT

**PURPOSE:** FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|

NO INFORMATION WITHHELD BY DEA

## PAGE ITEMIZATION

PAGE NUMBER:  48
DOCUMENT TYPE: USMS REPORT OF INVESTIGATION (USMS FORM-11)

DATE:     APRIL 24, 2003

( X ) RELEASED
(   ) WITHHELD

TO:  CRIMINAL INVESTIGATIVE CASE FILE

FROM:  USMS SPECIAL AGENT

PURPOSE:  FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| NARRATIVE: PARA 1 & 2 | THIRD PARTY NAMES AND INFORMATION | (b)(7)(C) | THIRD PARTY NAME(S) & INVESTIGATIVE DETAILS |
| | IDENTITY OF A CONFIDENTIAL SOURCE | (b)(7)(D) | IDENTITY OF CONFIDENTIAL SOURCE |
| | INFORMATION FROM A CONFIDENTIAL SOURCE | (b)(7)(D) | INFORMATION PROVIDED BY CONFIDENTIAL SOURCE |

## PAGE ITEMIZATION

**PAGE NUMBER:**    49
**DOCUMENT TYPE:** USMS REPORT OF INVESTIGATION (USMS FORM-11)

**DATE:**      APRIL 24, 2003

( X ) **RELEASED**
(   ) **WITHHELD**

**TO:**  CRIMINAL INVESTIGATIVE CASE FILE

**FROM:**  USMS SPECIAL AGENT

**PURPOSE:**  FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|

NO EXEMPTIONS TAKEN BY DEA

## PAGE ITEMIZATION

PAGE NUMBER:    50
DOCUMENT TYPE: E-MAIL

DATE:        APRIL 16, 2003

( X ) RELEASED
(   ) WITHHELD

TO:  CRIMINAL INVESTIGATIVE CASE FILE

FROM:  USMS SPECIAL AGENT

PURPOSE:  FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| PARA 1 | NAME OF DEA SPECIAL AGENT | (b)(7)(C) | NAME OF DEA SPECIAL AGENT |
| PARA 2 - 8 | THIRD PARTY NAMES AND INFORMATION | (b)(7)(C) | THIRD PARTY NAME(S) & INVESTIGATIVE DETAILS |
| | IDENTITY OF A CONFIDENTIAL SOURCE | (b)(7)(D) | IDENTITY OF CONFIDENTIAL SOURCE |
| | INFORMATION FROM A CONFIDENTIAL SOURCE | (b)(7)(D) | INFORMATION PROVIDED BY CONFIDENTIAL SOURCE |

## PAGE ITEMIZATION

PAGE NUMBER:   51
DOCUMENT TYPE: E-MAIL

DATE:     APRIL 16, 2003

                                    ( X ) RELEASED
                                    (   ) WITHHELD

    TO:  CRIMINAL INVESTIGATIVE CASE FILE

  FROM:  USMS SPECIAL AGENT

PURPOSE:  FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| PARA 1 | THIRD PARTY NAMES AND INFORMATION | (b)(7)(C) | THIRD PARTY NAME(S) & INVESTIGATIVE DETAILS |
| | IDENTITY OF A CONFIDENTIAL SOURCE | (b)(7)(D) | IDENTITY OF CONFIDENTIAL SOURCE |
| | INFORMATION FROM A CONFIDENTIAL SOURCE | (b)(7)(D) | INFORMATION PROVIDED BY CONFIDENTIAL SOURCE |

# PAGE ITEMIZATION

**PAGE NUMBER:**   52
**DOCUMENT TYPE:** E-MAIL

**DATE:**       APRIL 16, 2003

( X ) **RELEASED**
(   ) **WITHHELD**

**TO:**  CRIMINAL INVESTIGATIVE CASE FILE

**FROM:**  USMS SPECIAL AGENT

**PURPOSE:**  FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|-----------------|-----------|----------|
| PARA 2 | THIRD PARTY NAMES AND INFORMATION | (b)(7)(C) | THIRD PARTY NAME(S) & INVESTIGATIVE DETAILS |
| | IDENTITY OF A CONFIDENTIAL SOURCE | (b)(7)(D) | IDENTITY OF CONFIDENTIAL SOURCE |
| | INFORMATION FROM A CONFIDENTIAL SOURCE | (b)(7)(D) | INFORMATION PROVIDED BY CONFIDENTIAL SOURCE |

## PAGE ITEMIZATION

**PAGE NUMBER:**   53 - 54
**DOCUMENT TYPE:** REPORT OF INVESTIGATION (DEA 6 & 6a) PAGES 1 AND 2 OF 2

**DATE:**     FEBRUARY 9, 2004

( X ) **RELEASED**
(   ) **WITHHELD**

**TO:**   CRIMINAL INVESTIGATIVE FILE

**FROM:**  DEA SPECIAL AGENT

**PURPOSE:**  FURTHERANCE OF A CRIMINAL INVESTIGATION

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|
| PAGE 1: BLOCK 4; PAGE 2: BLOCK 2 | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(2) | G-DEP IDENTIFIER CODE |
| PAGE 1: BLOCKS 5, 12 & 14; DETAILS: PARA 4 | NAMES OF LAW ENF. PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES OF DEA SPECIAL AGENTS |
| PAGE 1: BLOCK 6; DETAILS: PARA 2; PAGE 2: BLOCK 3; INDEXING SECTION | THIRD-PARTY NAMES AND INFORMATION | (b)(7)(C) | NAMES AND IDENTIFYING INFORMATION RELATED TO THIRD-PARTIES |
| PAGE 2: INDEXING SECTION | THIRD-PARTY IDENTIFIER | (b)(2) | NADDIS IDENTIFIER CODES WHOLE PAGE |