UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **MARCO D. DUNCAN** | ) | |
| **#37679-048** | ) | |
| **U.S. Penitentiary - Atwater** | ) | |
| **P.O. Box 019001** | ) | |
| **Atwater, CA 95301** | ) | Civil  Action  No. 06-1032 (GK) |
|               Plaintiff | ) | |
|        v. | ) | |
| **DRUG ENFORCEMENT ADMIN.** | ) | |
| **&** | ) | |
| **U.S. MARSHAL SERVICE** | ) | |
|               Defendant. | ) | |

<u>ORDER</u>

UPON CONSIDERATION of the Defendants' motion for summary judgment, any

opposition thereto, and the entire record herein, it is this _____ day of _____,

2006,  ORDERED that Defendants' motion is GRANTED and Plaintiff's Complaint is dismissed

with prejudice.


_____
UNITED STATES DISTRICT JUDGE

Copy to:

**MARCO D. DUNCAN**
**#37679-048**
**U.S. Penitentiary - Atwater**
**P.O. Box 019001**
**Atwater, CA 95301**