UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARCO D. DUNCAN**, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 06-1032 (GK) |
| **DRUG ENFORCEMENT ADMIN.** ) | |
| **&** ) | |
| **U.S. MARSHAL SERVICE**, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME TO FILE REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Federal Defendants respectfully request an enlargement of time to file their reply in support of their motion for summary judgment. Since pro se Plaintiff is incarcerated it is impracticable for the undersigned counsel to confer with him about this Motion.[1] See Compl. caption. In this case, the Plaintiff raises claims various claims under the Freedom of Information Act, 5 U.S.C. § 552. Defendants request an enlargement of their time to file their reply of two weeks, up to and including January 16, 2007. The grounds for this request are as follows:

a. Plaintiff's opposition was filed on December 19, 2006. Defendants' reply is due by January 2, 2007. The undersigned counsel will be out of the office for most of

---

[2] Local Civil Rule 7(m) requires "counsel" to discuss nondispositive motions with "opposing counsel." It does not require counsel to discuss those motions with pro se parties. Nonetheless, it has been the general practice of this office to attempt to discuss such motions with nonprisoner pro se parties. This practice is informed by, and consistent with, Local Civil Rule 16.3(a). Local Civil Rule 16.3(a) excludes prisoner pro se parties from the Court's meet-and-confer requirements. Specifically, that Rule requires "[c]ounsel (including any *nonprisoner pro se* party)" to meet and confer prior to a scheduling conference. LCvR 16.3(a) (emphasis added).

      the period between December 22 and January 2, 2007 in observance of the holidays.

b.    In addition, some of the agency staff assigned to this case also will be away from the office in the coming weeks. The undersigned counsel will need the requested time to coordinate the government's reply with the agency staff and to draft and file the reply after the holidays.

c.    This extension is sought in good faith. The granting of this Motion would promote judicial economy because, should the Court grant Federal Defendants' motion for summary judgment it would dispose of this case without the cost and time of further litigation.

For these reasons, Defendants respectfully request that this Motion be granted. A proposed order is attached.

                                  Respectfully submitted,

                                      s/Jeffrey A. Taylor
                                JEFFREY A. TAYLOR, D.C. BAR # 498610
                                Interim United States Attorney

                                  s/Rudolph Contreras
                                RUDOLPH CONTRERAS, D.C. BAR # 434122
                                Assistant United States Attorney

                                  s/Peter S. Smith
                                PETER S. SMITH, D.C. BAR # 465131
                                Assistant United States Attorney
                                United States Attorney's Office
                                Civil Division
                                555 4th Street, N.W.
                                Washington, D.C. 20530
                                (202) 307-0372

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that on this 20th day of **December** 2006, a true and correct copy of the foregoing Motion was served upon Pro Se Plaintiff **MARCO D. DUNCAN,** via First Class prepaid postage as follows:

**MARCO D. DUNCAN**
**#37679-048**
**U.S. Penitentiary - Atwater**
**P.O. Box 019001**
**Atwater, CA 95301**

                                                  s/Peter Smith

                                        PETER S. SMITH, D.C. Bar #465131
                                        Assistant United States Attorney
                                        United States Attorney's Office
                                        Civil Division
                                        555 4th Street, N.W.
                                        Washington, D.C. 20530
                                        (202) 307-0372