UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARCO D. DUNCAN** ) | |
| **#37679-048** ) | |
| **U.S. Penitentiary - Atwater** ) | |
| **P.O. Box 019001** ) | |
| **Atwater, CA 95301** ) | Civil Action No. 06-1032 (GK) |
| Plaintiff ) | |
| v. ) | |
| **DRUG ENFORCEMENT ADMIN.** ) | |
| **&** ) | |
| **U.S. MARSHAL SERVICE** ) | |
| Defendant. ) | |

ORDER

UPON CONSIDERATION of the Defendants' motion for extension of time to file reply, any opposition thereto, and the entire record herein, it is this ____ day of _____, 2006, ORDERED that Defendants' motion is GRANTED and that Defendants shall have until January 16, 2007 to file their reply in support of their motion for summary judgment.

_____
UNITED STATES DISTRICT JUDGE

Copy to:

**MARCO D. DUNCAN**
**#37679-048**
**U.S. Penitentiary - Atwater**
**P.O. Box 019001**
**Atwater, CA 95301**