UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARCO D. DUNCAN,** )<br>)<br>Plaintiff, )<br>v. )<br>**DRUG ENFORCEMENT ADMIN.** )<br>**&** )<br>**U.S. MARSHAL SERVICE**, )<br>)<br>Defendants. ) | Civil Action No. 06-1032 (GK) |

### ERRATA CONCERNING DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME TO FILE REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

On December 20, 2006, Defendants filed their Motion for Enlargement of Time to File Reply, Document No. 21. The Court granted that motion by Minute Order dated December 20, 2006 and set January 16, 2007 as the deadline for Defendants' reply. Defendants' motion, Document No. 21, stated, on page one, that "Defendants' reply is due by January 2, 2007." That sentence should read: "Defendants' reply is due by January 12, 2007."

The undersigned counsel of record had calculated the due date for the reply based upon Local Civil Rule 7. However, the undersigned counsel of record had inadvertently overlooked the Court's October 3, 2006 Minute Order setting the due date for Defendants' reply as January 12, 2007. The undersigned counsel of record apologizes to the Court for the oversight.

                              Respectfully submitted,

                                   s/Jeffrey A. Taylor
                              JEFFREY A. TAYLOR, D.C. BAR # 498610
                              Interim United States Attorney

                                   s/Rudolph Contreras
                              RUDOLPH CONTRERAS, D.C. BAR # 434122
                              Assistant United States Attorney

      s/Peter S. Smith
PETER S. SMITH, D.C. BAR # 465131
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-0372

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 21st day of **December** 2006, a true and correct copy of the foregoing Errata was served upon Pro Se Plaintiff **MARCO D. DUNCAN,** via First Class prepaid postage as follows:

**MARCO D. DUNCAN**
**#37679-048**
**U.S. Penitentiary - Atwater**
**P.O. Box 019001**
**Atwater, CA 95301**

                                s/Peter Smith
                                _____
                                PETER S. SMITH,  D.C. Bar #465131
                                Assistant United States Attorney
                                United States Attorney's Office
                                Civil Division
                                555 4th Street, N.W.
                                Washington, D.C. 20530
                                (202) 307-0372