UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARCO D. DUNCAN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DRUG ENFORCEMENT )<br>ADMINISTRATION, et al., )<br>)<br>Defendants. ) | Civil Action No. 06-1032 (GK) |

MEMORANDUM OPINION AND ORDER

Plaintiff, proceeding *pro se*, filed this action pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. He has moved under *Vaughn v. Rosen*, 484 F.2d 820 (1973), for a "detailed indexing, justification, and itemization" of the documents Defendants Drug Enforcement Administration ("DEA") and United States Marshals Service ("USMS") have withheld from disclosure.

In a FOIA action, the government is required to provide a detailed index to the requester "itemizing each item withheld, the exemptions claimed for that item, and the reasons why the exemption applies to that item." *Lykins v. United States Dep't of Justice*, 725 F.2d 1455, 1463 (D.C. Cir. 1984) (citing *Vaughn*, 484 F.2d at 827-28) The form of the index is immaterial, and affidavits providing the equivalent of the information required by *Vaughn* can suffice to meet an agency's responsibility. *Spirko v. U.S. Postal Serv.*, 147 F.3d 992, 998 n.4 (1998).

The DEA and USMS have fulfilled the index requirement. Defendants have filed a motion for summary judgment. Attached to the motion are two detailed declarations from agency representatives supporting their withholding determinations. With respect to these records, the declarations and attachments adequately specify "in detail which portions of the

document[s] are disclosable and which are allegedly exempt." *Vaughn*, 484 F.2d at 827.

Accordingly, it is

    ORDERED that Plaintiff's Motion Under *Vaughn v. Rosen* [15] is DENIED.


    /s/
    GLADYS KESSLER
    United States District Judge

February 9, 2007