UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MARCO D. DUNCAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-1032 (GK) |
| | ) | |
| DRUG ENFORCEMENT ADMINISTRATION, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

In accordance with the Memorandum Opinion issued this 30th day of May, 2007, it is

ORDERED that the Defendants' motion for summary judgment [18] is **GRANTED**.

Judgment is entered in favor of Defendants.

This is a final appealable order. *See* Fed. R. App. P. 4(a).

/s/
GLADYS KESSLER
United States District Judge